IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 07-0565 |
|  | ) | Chapter 11 |
|  | ) |  |
| ENESCO GROUP, INC., | ) | Hon. A. Benjamin Goldgar |
| et al.,[1] | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | Hearing Date: January 24, 2007 |
|  | ) | Hearing Time: 9:30 a.m. |

**INTERIM ORDER (1) DETERMINING THAT UTILITIES ARE ADEQUATELY ASSURED OF FUTURE PAYMENT AND (2) PROHIBITING UTILITIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICES**

Upon consideration of the motion (the "Motion")[2] of Enesco Group, Inc. and two of its subsidiaries (collectively, the "Debtors") pursuant to 11 U.S.C. § 366 for the entry of an order (1) determining that utility companies with which they do business are adequately assured of future payment, and (2) prohibiting such utility companies from altering, refusing or discontinuing utility services; due and proper notice of the Motion having been provided; it appearing that there is good cause to grant the relief requested; and, there being no objection to the relief requested; it is **ORDERED**:

1.    The Motion is granted on an interim basis as modified by this Order.

2.    Absent any further order of the Court, each of the Utility Companies providing service to the Debtors, including but not limited to the list of Utility Companies set forth in Exhibit A attached hereto, shall not alter, refuse, or discontinue service to, and/or discriminate

---

[1] The Debtors consist of: Enesco Group, Inc. (EIN: 04-1864170); Enesco International Limited (EIN: 04-2840664); and Gregg Manufacturing, Inc. (EIN: 95-3762436).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

{5941 ORD A0158208.DOC}

against, the Debtors, solely on the basis of the commencement of these cases or on account of any unpaid invoice for service provided prior to the Petition Date.

3. The Debtor shall, within two (2) business days of the entry of this Order, serve a copy of this Order upon the general counsel of each of the Utility Companies as identified in Exhibit A and file proof thereof with the Court.

4. The Debtor shall, within ten (10) days of the entry of this Order, pay to each of the Utility Companies a deposit (the "Utility Deposits") in an amount calculated by the Debtors as the average historical cost to the Debtors of two (2) weeks of Utility Service from such Utility Company over the twelve (12) months preceding the Petition Date.

5. Absent further order of the Court in accordance with 11 U.S.C. § 366(c)(3)(A), each of the Debtor's Utility Deposits hereby constitutes an adequate assurance of future payment for utility service pursuant to 11 U.S.C. § 366.

6. Any Utility Company wishing to challenge the adequacy of the Debtors' Utility Deposit shall, within seven (7) days of the service date of this Order, file a written objection with the Court stating the basis for such objection and specifying the additional amounts requested by such Utility Company as adequate assurance of future payment.

7. If the Debtor subsequently identifies additional Utility Companies that do not currently appear on Exhibit A, the Debtors shall file with the Court a supplement to Exhibit A adding the names of such additional Utility Companies. Upon serving a copy of this Order upon the additional Utility Companies, the terms of this Order will be deemed to apply to such additional Utility Companies and such Utility Companies shall have seven days from the date of service of this Order to file an objection with the Court as described in paragraph 6 above.

8.  Nothing contained in the Motion or this Order shall be deemed to grant administrative expense priority treatment to any claims that may be asserted by or on behalf of any Utility Company for any amounts that are not the actual, necessary costs and expenses of preserving the Debtor's estate.

9.  The inclusion of, as well as the failure to specify, any Utility Company by name in the Motion shall not be deemed to be an admission by the Debtors that such entity is, or is not, as the case may be, a utility within the meaning of 11 U.S.C. § 366, and the Debtor shall be deemed to have reserved all of their rights with respect thereto.

10. Upon the Debtor's termination of Utility Service with each of the Utility Companies, each such Utility Company that holds a deposit in excess of the final amount due and owing to such Utility Company on account of postpetition usage by the Debtor shall return the balance of such Deposit to the Debtor.

11. This matter is set for a final hearing on [*this order and on* ask] the adequacy of the Debtors' Utility Deposits on February 7, 2007 at 10:00 a.m.

ask  12.

Dated: 1/25/07

Prepared By:
Brian L. Shaw (#6216834)
Allen J. Guon (#6244526)
Patrick A. Clisham (#6277264)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151  telephone
(312) 980-3888  facsimile

*Counsel for the Debtors*

{5941 ORD A0158208.DOC}

ENTER:

_____
United States Bankruptcy Judge

This order is entered on an interim basis only. The court invites any affected utility to file an objection on the basis that entry of a final order violates the Bankruptcy Code and Rules. Any objection must be filed no later than February 5, 2007. Debtors shall serve this order on the general counsel of each affected utility.

**Exhibit A**

ComEd
Acct. No. 388744009
Acct. No. 7614153022
10 South Dearborn Street
47th Floor
Chicago, Illinois 60603

Village of Itasca (Water)
Acct. No. 017222877000
550 W. Irving Park Road
Itasca, Illinois 60143

AT&T
Acct. No. 1717845500962
Acct. No. 63052112325097
23500 Northwestern
Suite C200
Southfield, Michigan 48075

AT&T Long Distance
c/o CT Corp.
818 W. 7th St.
Los Angeles, CA 07921

Nicor Gas
Acct. No. 11531424551
1844 Ferry Road
Naperville, Illinois 60563

Village of Wood Dale (Water)
Acct. No. 010810723001
404 North Wood Dale Road
Wood Dale, Illinois 60191

Cypress Communications
Acct No. 50N006737-12L2B005
15 Piedmont Center
Suite 610
Atlanta, GA 30305

Southern California Edison
Vicki Kaiser
2244 Walnut Grove Avenue
Rosemead, CA 91770

{5941 EXH A0158245.DOC}