**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 07-00565 |
| ENESCO GROUP, INC., et al.[1], | ) | Hon. A. Benjamin Goldgar |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 7, 2007 AT 10:30 A.M.**

1. Motion for an Order (I) Authorizing the Debtors to Incur Postpetition Secured Indebtedness, (II) Granting Security Interests and Superpriority Claims Pursuant to Sections 105(a) and 364(c) of the Bankruptcy Code, and (III) Granting Adequate Protection to the Prepetition Lenders and the Prepetition Agent (Docket No. 45).

    Related Documents:

    A. Order Authorizing Debtors To: (A) Incur Postpetition Debt Pending a Final Hearing;(B) Grant Liens And Provide Security And Other Relief To Wells Fargo Foothill, Inc., As Agent; And (C) Grant Adequate Protection To The Prepetition Agent And Prepetition Lenders (Docket No. 73)

    B. Notice Of Filing Proposed Form Of Final Order Authorizing Debtors To: (A) Incur Postpetition Debt; (B) Grant Liens And Provide Security And Other Relief To Wells Fargo Foothill, Inc., As Agent; And (C) Grant Adequate Protection To The Prepetition Agent And Prepetition Lenders (Docket No. 133).

    Objection Deadline:   February 2, 2007 at 4:00 p.m. (Central).

    Objections Filed:   None.

    Status:   This matter is going forward as scheduled.

---

[1] The Debtors are the following entities: Enesco Group Inc. (EIN: 04-1864170); Enesco International Limited (EIN: 04-2840664); and Gregg Manufacturing, Inc. (EIN: 95-3762436).

Dated: Chicago, Illinois
       February 6, 2007

                                          */s/ Felicia Gerber Perlman*
                                          George N. Panagakis (ARDC No. 06205271)
                                          Felicia Gerber Perlman (ARDC No. 06210753)
                                          SKADDEN, ARPS, SLATE, MEAGHER
                                            & FLOM
                                          333 West Wacker Drive, Suite 2100
                                          Chicago, Illinois 60606-1285
                                          (312) 407-0700

                                          Attorneys for Debtors and Debtors-in-Possession