## EXHIBIT D

[Itemized Statement of Vedder Price's Costs and Expenses]

CHICAGO/#1635224.1

## Expense Summary

| Expense Description | Amount |
|---|---|
| Local Transportation | $52.00 |
| Telephone Charges | $26.90 |
| Inside Document Production | $96.20 |
| Fees – Global Securities Information | $76.35 |
| Courier Services | $69.85 |
| Pacer Service Center | $4.56 |
| Overnight Delivery (Federal Express) | $272.44 |
| **Total** | **$598.30** |

CHICAGO/#1635224.1