IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 07-0565 )<br>) Chapter 11 |
| ENESCO GROUP, INC., *et al.*[1], | ) Hon. A. Benjamin Goldgar )<br>) (Jointly Administered) |
| Debtors. | ) ) |

### ORDER GRANTING FINAL APPLICATION OF GREENBERG TRAURIG, LLP, AS COUNSEL TO THE OFFICIAL COMMITTEE OF ENESCO GROUP, INC., ET AL., FOR ENTRY OF AN ORDER (A) APPROVING AND ALLOWING ON A FINAL BASIS, COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD BEGINNING JANUARY 19, 2007 AND ENDING FEBRUARY 6, 2007, (B) DIRECTING PAYMENT OF ALL ALLOWED FEES AND EXPENSES AND (C) APPROVING LIMITED NOTICE OF THE APPLICATION

Upon consideration of the final application of the Greenberg Traurig, LLP ("**Greenberg Traurig**"), as counsel to the Official Committee of Unsecured Creditors of Enesco Group, Inc., *et al.*, (collectively, the "**Debtors**"), for entry of an Order (a) approving and allowing, on a final basis, compensation and reimbursement of expenses incurred during the period beginning January 19, 2007 and ending February 6, 2007; (b) directing payment of all allowed fees and expenses; and (c) approving limited notice of the application (the "**Application**"); due notice of the Application having been given under the circumstances; due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

ORDERED that the Application is granted; and it is further

ORDERED that Greenberg Traurig's fees in the amount of $77,011.50 are hereby approved and allowed on a final basis; and it is further

ORDERED that Greenberg Traurig's expenses in the amount of $327.54 are hereby approved and allowed on a final basis; and it is further

---

[1] The Debtors consist of: Enesco Group, Inc., Enesco International Limited and Gregg Gift Manufacturing, Inc.

ORDERED that the Debtors shall pay $77,339.04 to Greenberg Traurig, representing the fees and expenses allowed herein on an final basis; and it is further

ORDERED that the limited notice of the Application (as set forth in Paragraph 36 of the Application) is hereby approved.

Dated: _____ JUN 2 0 2007 _____

                                                    United States Bankruptcy Judge
                                                    Northern District of Illinois

CHI 56699967v2 5/29/2007