## EXHIBIT A

[Court Order Granting Debtors' Application to Employ Vedder Price]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| ENESCO GROUP, INC., et al.,[1] | Case No. 07-00565 |
| Debtors. | Hon. A. Benjamin Goldgar |
| | Hearing Date:<br>Hearing Time: |

**ORDER PURSUANT TO 11 U.S.C. §§ 327(E), 328(A) AND 330 AUTHORIZING THE EMPLOYMENT AND RETENTION OF VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C. AS SPECIAL COUNSEL FOR THE DEBTORS-IN-POSSESSION**

Upon the application, dated January 17, 2007 (the "Application"),[2] wherein Enesco Group, Inc. and two of its subsidiaries, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), applied to this Court for entry of an order, pursuant to 11 U.S.C. §§ 327(e), 328(a) and 330, authorizing, each of the Debtors to employ and retain the law firm of Vedder, Price, Kaufman & Kammholz, P.C. (collectively, "Vedder Price" or the "Firm") under a general retainer as their special counsel; and this Court having reviewed the Application, the Declaration of John T. McEnroe (the "McEnroe Declaration"), a shareholder of Vedder Price, and the Declaration of Marie Meisenbach Graul in Support of Chapter 11 Petitions and First Day Orders; and this Court being satisfied with the representations made in the Application and the McEnroe Declaration that Vedder Price represents no interest adverse to any of the Debtors' estates, that it is a disinterested person as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy

---

[1] The Debtors consist of: Enesco Group, Inc. (EIN: 04-1864170); Enesco International Limited (EIN: 04-2840664); and Gregg Gift Manufacturing, Inc. (EIN: 95-3762436).
[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Application.

Code, that its employment is necessary and in the best interests of the Debtors' estates, creditors, and other parties-in-interest; and it appearing that proper and adequate notice has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Application is Granted.

2. Pursuant to sections 327(e), 328(a) and 330 of the Bankruptcy Code, the Debtors, as debtors and debtors-in-possession, are authorized to employ and retain Vedder Price as their special counsel under a general retainer as of the Petition Date to perform the services set forth in the Application and Engagement Agreement, a copy of which is attached to the McEnroe Declaration as Exhibit A.

3. Vedder Price shall be compensated as delineated in the Engagement Agreement and in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

4. Vedder Price is authorized to apply the Retainer to pay any fees, charges, and disbursements that relate to services rendered to the Debtors prior to the Petition Date that remain unpaid as of such date and shall add and hold the remaining portion of the Retainer for application of fees, charges and disbursements relating to services rendered subsequent to the Petition Date as may further be ordered by this Court.

2

Dated: Chicago, Illinois
_____ ~~2007~~

_____
United States Bankruptcy Judge

JAN 3 1 2007