N THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Enesco Group, Inc., *et al.*, | Case No. 07-0565 |
| Debtors. | Honorable A. Benjamin Goldgar (Jointly Administered) |

**ORDER APPROVING AMENDED FINAL APPLICATION OF VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330 AND 331 FOR THE PERIOD OF JANUARY 12, 2007 THROUGH MAY 10, 2007**

Upon the Final Application of Vedder, Price, Kaufman & Kammholz, P.C. ("Vedder Price") for Allowance and Payment of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 330 and 331 for the Period of January 12, 2007 through May 10, 2007 (the "Application"); the Court having reviewed the Final Application of Vedder Price; due and adequate notice having been given under the circumstances and all persons with standing having been afforded the opportunities to be heard on the Application; it is hereby ORDERED, effective immediately that:

1. The Application is granted as set forth herein;

2. The reasonable compensation for actual and necessary legal services rendered by Vedder Price to the Debtors during the Subject Period (as defined in the Application) is the amount of $170,706.00 and Vedder Price is allowed compensation as an administrative claim in such amount;

CHICAGO/#1658440.1

3. Vedder Price is allowed as an administrative claim reimbursement for actual and necessary expenses incurred on behalf of the Debtors in connection with such legal services during the Subject Period in the amount of $5,976.99;

4. The Debtors are hereby authorized and directed to pay Vedder Price $23,845.60 which represents the balance of the amounts awarded less the amounts previously paid to Vedder Price, from cash on deposit in the Debtors' operating account or from postpetition financing previously authorized by the Court; and

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: June 27, 2007

_____
United States Bankruptcy Judge

JUN 27 2007

Order Prepared By:
Douglas J. Lipke
John T. McEnroe
Vedder, Price, Kaufman & Kammholz, P.C.
222 N. LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003
Telephone: (312) 609-7500
Facsimile: (312) 609-5005

CHICAGO/#1658440.1