| Date | | | | Description |
|---|---|---|---|---|
| 9/19/2007 | 3 | DD | 0.40 | Follow up call with Bob Troisio - minimal chance on securing alternate for POR funding source without good due diligence on claim facts. Has good litigation who has done numerous profession liability launching DD to cell. |
| 9/19/2007 | 3 | DD | 0.10 | Consider issue about logic on launching a selective CEO fiduciary lawsuit without involving D&O policy. |
| 9/20/2007 | 3 | DD | 0.50 | Call w/ B. Berish on alternative funding source for plan & litigation option. |
| 9/20/2007 | 3 | DD | 0.50 | Write up recommendation for committee POR, email to B. Berish - recommendation to accept debtors plan. |
| 9/17/2007 | 3 | RT | 1.00 | Call with D. Dooley on researching alternative funding sources & litigation attys; research alternatives |
| 9/19/2007 | 3 | RT | 0.80 | Follow up with D. Dooley regarding opportunities on alternative POR funding. |
| 10/7/2007 | 3 | DD | 0.50 | Phone calls w/ Liquidity Solutions and various attorneys on investor and litigation costs |
| 10/7/2007 | 3 | DD | 0.50 | Write e-mail summarizing recommendation to accept plan to B. Berish |
| 10/7/2007 | 3 | DD | 1.00 | Review plan provisions relative to Litigation Trust |
| 10/14/2007 | 3 | DD | 0.50 | Committee teleconference including review of most recent e-mails from counsel in preparation for call. |
| 11/18/2007 | 3 | DD | 0.50 | Committee call and preparation |

*Category 3:*

| | | | |
|---|---|---|---|
| Dan Dooley | 9.50 Hours | $ 450 per hour | $ 4,275.00 |
| Robert Troisio | 1.80 | 325 | 585.00 |
| Bernadette Barron | 3.10 | 350 | 1,085.00 |
| Subtotals | 14.40 | | $ 5,945.00 |

*Billing Summary*

| | | | |
|---|---|---|---|
| Dan Dooley | 9.50 Hours | $ 450 per hour | $ 4,275.00 |
| Robert Troisio | 1.80 | 325 | 585.00 |
| Bernadette Barron | 3.10 | 350 | 1,085.00 |
| Subtotals | 14.40 | | $ 5,945.00 |



# MORRISANDERSON
## & ASSOCIATES LTD.

March 10, 2008

Invoice No: 32008
Client No: 308
Enesco Creditors Committee

Billing: December 1, 2007 – March 7, 2008

Re: **Committee Meetings & Preparation:**

| Date | Activity Code | MAA Staff | Hours Spent | Description |
|---|---|---|---|---|
| 3/7/08 | 3 | BB | .2 | Fee application, March, 2008 |
| 3/7/08 | 3 | BB | 2.1 | Final fee application |

### *Category 3:*

| | | | | |
|---|---|---|---|---|
| Bernadette Barron | 2.30 Hours | $ 350 per hour | $ | 805.00 |
| Subtotals | 2.30 | | $ | 805.00 |

### *Billing Summary*

| | | | | |
|---|---|---|---|---|
| Bernadette Barron | 2.30 Hours | $ 350 per hour | $ | 805.00 |
| Subtotals | 2.30 | | $ | 805.00 |

## SERVICE LIST

**VIA ECF & E-MAIL**
Matthew J. Botica, Esq.
Mindy D. Cohn, Esq.
Daniel J. McGuire, Esq.
Winston & Strawn, LLP
35 W. Wacker Drive
Chicago, IL 60601
mbotica@winston.com
mcohn@winston.com
dmcguire@winston.com

Patrick A. Clisham, Esq.
Allen J. Guon, Esq.
Brian L. Shaw, Esq.
Shaw Gussis Fishman Glantz
　Wolfson & Towbin, LLC
321 N. Clark Street, Suite 800
Chicago, IL 60610
pclisham@shawgussis.com
aguon@shawgussis.com
bshaw100@shawgussis.com

Alex Darey, Esq.
Askounis & Borst, P.C.
180 N. Stetson Avenue, Suite 3400
Chicago, IL 60601
adarey@askborst.com

Charles J. Filardi, Esq.
Filardi Law Offices, LLC
65 Trumbull Street, 2nd Fl.
New Haven, CT 06510
charles@filardi-law.com

Douglas A. Graham
Exelon Business Services
10 S. Dearborn Street
Chicago, IL 60603
douglas.graham@exeloncorp.com

Fred R. Harbecke
29 S. LaSalle Street, Suite 945
Chicago, IL 60603
fredrharbecke@sbcglobal.net

Christopher J. Lawhorn, Esq.
Bryan Cavel, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
cjlawhorn@bryancave.com

Douglas J. Lipke, Esq.
John T. McEnroe, Esq.
Vedder, Price, Kaufman
　& Kammholz, P.C.
222 N. LaSalle Street
Chicago, IL 60601
dlipke@vedderprice.com
jmcenroe@bedderprice.com

Michael L. Molinaro, Esq.
Stanley F. Orzsula, Esq.
Loeb & Loeb, LLP
321 N. Clark Street
Chicago, IL 6061
mmolinaro@loeb.com
sorszula@loeb.com

Gina B. Krol, Esq.
Cohen & Krol
105 West Madison Street, Suite 1100
Chicago, IL 60602
kingkrol@aol.com

75448.1  6/4/07

George N. Panagakis, Esq.
Felicia Gerber Perlman, Esq.
Stephen D. Williamson, Esq.
Skadden, Arps, Slate, Meagher
   & Flom, LLP
333 W. Wacker Drive, Suite 2100
Chicago, IL 60606
gpanagak@skadden.com
fperlman@skadden.com
stwillia@skadden.com

Craig E. Reimer, Esq.
Sajida A Mahdi, Esq.
Mayer, Brown, Rose & Maw, LLP
190 S. LaSalle Street
Chicago, IL 60603
creimer@mayerbrownrowe.com
smahdi@mayerbrownrowe.com

Benjamin L. Schneider, Esq.
Christopher Combest, Esq.
Quarles & Brady
500 W. Madison, Suite 3700
Chicago, IL 60661
bschneid@quarles.com
ccombest@quarles.com

Jolene M. Wise, Esq.
Senior Attorney
Office of Enforcement No. 6 Branch of
Reorganization US SEC
175 W. Jackson Blvd., #900
Chicago, IL 60611
wisej@sec.gov

James E. Morgan, Esq.
Much, Shelist, Freed, Denenberg
   Ament & Rubenstein, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
jmorgan@muchshelist.com

Gregg Szilagyi, Esq
Richard S. Lauter, Esq.
Levenfeld Pearlstein LLC
Two North LaSalle Street
Suite 1300
Chicago, IL 60602
gszilagyi@lplegal.com
rlauter@lplegal.com

**VIA E-MAIL**
Lawrence V. Gelber, Esq.
Sophie S. Kim, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
lawrence.gelber@srz.com
Sophie.Kim@srz.com

Steven A. Ginther, Esq.
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475
ndilecf@mail.dor.state.mo.us

AmericasMart Real Estate, LLC
c/o Victor W. Newark, Esq.
Wiles and Wiles - VWN
800 Kennesaw Avenue, Suite 400
Marietta, GA 30060
bankruptcy@evict.net

Patrick J. Trostle, Esq.
Kurt A. Mayr, Esq.
Bingham McCutchen LLP
One State Street, 22nd Fl.
Hartford, CT 06103-3178
patrick.trostle@bingham.com
kurt.mayr@bingham.com

75448.1

Richard A. Chesley, Esq.
Paul, Hastings, Janofsky & Walker, LLP
191 N. Wacker Drive, 30th Fl.
Chicago, IL 60606
richardchesley@paulhastings.com

Daniel C. McElhinney
Bankruptcy Services, LLC
757 Third Ave., Third Floor
New York, NY 10017
dmcelhinney@epiqsystems.com

Elizabeth Weller, Esq.
Linebarger Goggan Blair
　& Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TS 75201
dallas.bankruptcy@publicans.com

William R. Baldiga, Esq.
Brown, Rudnick, Berlack,
　Israels, LLP
One Financial Center
Boston, MA 02111
wbaldiga@brownrudnick.com

Mark A. Boruta
Marie Meisenbach Graul
Enesco Group, Inc.
225 Windsor Drive
Itasca, IL 60143
Mboruta@enesco.com
mgraul@enesco.com

Kathryn Marie Gleason
US Trustee
227 Monroe Street, Suite 3350
Chicago, IL 60606
Kathryn.M.Gleason@usdoj.gov

Raniero D'Aversa Jr., Esq.
Monique J. Mulcare, Esq.
Mayer Brown Rowe & Maw
1675 Broadway
New York, NY 10019
rdaversa@mayerbrown.com
mmulcare@mayerbrownrowe.com

Maureen Donahoe
CCV Restructuring, LLC
365 W. Passaic Street, 2nd Floor
Rochell Park, NJ 07662
mdonahoe@ccvrestructuring.com

Joel R. Nathan
Asst. U.S. Attorney
219 S. Dearborn Street, Suite 500
Chicago, IL 60604
joel.nathan@usdoj.gov

Dan Dooley
Morris Anderson
55 W. Monroe Street, Suite 2500
Chicago, IL 60603
ddooley@morris-anderson.com

Christopher J. Lawhorn
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
cjlawhorn@bryancave.com

Bennett S. Sliverberg, Esq.
Vice President and Senior Consultant
Corporate Restructuring Solutions
Epiq Systems, Inc.
757 Third Avenue, 3rd Floor
New York, NY 10017
bsilverberg@epiqsystems.com

75448.1

Gilbert B. Weisman
American Express Travel Related Services
c/o Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355
notices@becket-lee.com

Neil Herskowitz
Riverside Claims, LLC
P.O. Box 626
Planetarium Station
New York, NY 10024
notice@regencap.com


Robert T. Little
Gregory J. Stull
Internal Revenue Service
200 W. Adams Street, Suite 2300
Chicago, IL 60606
robert.t.little@irscounsel.treas.gov
gregory.j.stull@irscounsel.treas.gov

75448 1