IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 07-0565 |
|  | ) | Chapter 11 |
|  | ) |  |
| ENESCO GROUP, INC., | ) | Hon. A. Benjamin Goldgar |
| et al., | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) | Hearing Date: October 1, 2008 |
|  | ) | Hearing Time: 10:00 a.m. |

**ORDER APPROVING SECOND AND FINAL APPLICATION FOR THE
ALLOWANCE AND PAYMENT OF FEES AND EXPENSES INCURRED
BY BAKER & MCKENZIE AS SPECIAL COUNSEL TO THE CHAPTER 11 DEBTORS**

Upon consideration of the application (the "Application") of the Debtors[1] requesting the entry of an order pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), (i), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for (i) the final allowance of: $42,746.50 in compensation for professional services rendered by Baker, as special counsel to the Debtors during the Application Period and $238.46 for actual costs incurred incident to those services and (ii) the final allowance of all fees and expenses previously allowed Baker on an interim basis; due and proper notice of the Application having been provided; the Court having jurisdiction to hear and determine the Application; it appearing that there is good cause to grant the relief requested; there being no objection to the requested relief, it is hereby ORDERED as follows:

(i)    The Application is allowed.

(ii)    Notice of the Application as provided for therein is sufficient and further notice is waived.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

{5941 ORD A0215767.DOC}

  (iii) Baker is herewith allowed, as $42,746.50 in final compensation for the Application Period.

  (iv) Baker is herewith allowed $238.46 in final expense reimbursement for the Application Period.

  (v) All fees and expenses previously allowed Baker on an interim Basis are allowed as final.

  (vi) Baker is authorized and directed apply the Retainer in satisfaction of any unpaid fees and expenses allowed hereunder.

**ENTER:**

Dated: _____

**United States Bankruptcy Judge**

*Prepared By*:

Patrick A. Clisham (#6277264)
Shaw Gussis Fishman Glantz
 Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 980-3836
Fax: (312) 275-0584
pclisham@shawgussis.com

{5941 ORD A0215767.DOC}