# Exhibit B

## SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60610
(312) 541-0151

Invoice submitted to:
Enesco Group, Inc., Enesco Int'l. Ltd.,
  Gregg Gift Manufacturing, Inc.
225 Windsor Drive
Itasca IL 60143
Attn: Marie Meisenbach Graul

Client Number: 5941

April 30, 2008
In Reference To:  Chapter 11
                  (RMF 5941 ENESCO/CHAPTER 11)
Invoice #804081

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **BUSINESS ISSUES** | | | |
| 4/2/2008 PMF | Prepare annual report and statement of change of registered agent. | 0.90<br>175.00/hr | 157.50 |
| 4/10/2008 BLS | Speak to M. Graul re annual report issues (.2); emails to P. Fredericks re same (.1). | 0.30<br>425.00/hr | 127.50 |
| 4/13/2008 BLS | Review and respond to email re annual report (.1). | 0.10<br>425.00/hr | 42.50 |
| 4/14/2008 BLS | Review annual report emails (.2) and documents (.3). | 0.50<br>425.00/hr | 212.50 |
| 4/21/2008 BLS | Speak to P. Fredericks re annual report (.1). | 0.10<br>425.00/hr | 42.50 |
| | SUBTOTAL: | [    1.90 | 582.50] |
| **CASE ADMINISTRATION** | | | |
| 4/11/2008 PAC | Review and efile monthly operating report for 3/08 (.3); email exchanges with W. Choy and M. Graul concerning Baker billing issues (.2) | 0.50<br>265.00/hr | 132.50 |
| | SUBTOTAL: | [    0.50 | 132.50] |

Enesco Group, Inc., Enesco Int'l. Ltd.,                                             Page   2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| **COMMITTEE INVESTIGATION OF PRE-PETITION LENDERS** | | | | |
| 4/2/2008 | BLS | Review and comment on bank release language (.4); email to parties re same (.2). | 0.60 425.00/hr | 255.00 |
| 4/7/2008 | BLS | Review revised stipulation (.4). | 0.40 425.00/hr | 170.00 |
| 4/15/2008 | BLS | Review revised bank stipulation (.3). | 0.30 425.00/hr | 127.50 |
| 4/17/2008 | BLS | Speak to R. Fishman re status of bank stipulation (.1). | 0.10 425.00/hr | 42.50 |
| 4/21/2008 | BLS | Speak to B. Berish re bank stipulation (.1); speak to P. Clisham re assessment of administrative costs for same (.2). | 0.30 425.00/hr | 127.50 |
| 4/29/2008 | BLS | Review and respond to emails re bank stipulation (.3). | 0.30 425.00/hr | 127.50 |
| | | SUBTOTAL: | [ 2.00 | 850.00] |
| **CORPORATE GOVERNANCE** | | | | |
| 4/2/2008 | BLS | Review emails re next board meeting (.2). | 0.20 425.00/hr | 85.00 |
| 4/11/2008 | BLS | Particpate in board call (.4). | 0.40 425.00/hr | 170.00 |
| | | SUBTOTAL: | [ 0.60 | 255.00] |
| **CREDITORS AND CLAIMS** | | | | |
| 4/2/2008 | PAC | Email exchanges with M. Graul concerning tax and utility claims and UST Fees (.3); emails and voice messages to T. Testolin, H. Epich and C. Hostert pushing for responses on remaining utility claims (.2); multiple email exchange with L. Zack for ComEd concerning resolution of claim (.5); teleconference and email exchanges with T. Testolin and H. Epich concerning offer of settlement to ComEd response (.5) | 1.50 265.00/hr | 397.50 |
| | BLS | Speak to P. Clisham re claims and claim resolutions (.1); review charts re same (1.0). | 1.10 425.00/hr | 467.50 |
| 4/7/2008 | PAC | Teleconference with J. Yar for AT&T concerning final claims settlement by newco (.2); email to T. Testolin and H. Epich concerning same (.1) | 0.30 265.00/hr | 79.50 |

Enesco Group, Inc., Enesco Int'l. Ltd.,                                                                                    Page 3

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/8/2008 | PAC | Message exchanges and teleconference with shareholder K. Kozak Chapman concerning status of plan confirmation and research of shares held | 0.40 265.00/hr | 106.00 |
| 4/11/2008 | PAC | Email exchanges with H. Epich and J. Yar confirming AT&T settlement payment (.2); reviewing and responding to correspondence from M. Graham concerning plan status and claim issues (.6) | 0.80 265.00/hr | 212.00 |
| 4/21/2008 | PAC | Email exchange with J. Kuk concerning case status and plan confirmation | 0.20 265.00/hr | 53.00 |
| 4/25/2008 | PAC | Email exchange with creditor N. Rush concerning plan status and distributions | 0.20 265.00/hr | 53.00 |
| 4/30/2008 | PAC | Multiple email exchanges with counsel for AT&T and ComEd confirming settlement payments and agreement to sustain debtor's claim objections | 0.50 265.00/hr | 132.50 |
| | | SUBTOTAL: | [ 5.00 | 1,501.00] |
| | | **FEE APPLICATIONS** | | |
| 4/9/2008 | RMF | Appeared at hearings re Shaw Gussis and other fee applications. | 1.00 580.00/hr | 580.00 |
| 4/16/2008 | BLS | Review fee statement (.2). | 0.20 425.00/hr | 85.00 |
| 4/23/2008 | PAC | Prepare and circulate Shaw's monthly fee statement for 3/08 to parties | 0.30 265.00/hr | 79.50 |
| | | SUBTOTAL: | [ 1.50 | 744.50] |
| | | **PLAN OF REORGANIZATION** | | |
| 4/9/2008 | BLS | Prepare for status hearing on plan and other matters (.2); attend same (1.2); email to client re same (.1). | 1.50 425.00/hr | 637.50 |
| 4/21/2008 | PAC | Confer with B. Shaw concerning plan feasibility analysis (.1); email exchanges with M. Graul and J. Fishman concerning same (.3); email exchanges with W. Choy concerning Baker invoicing issues (.3) | 0.70 265.00/hr | 185.50 |
| 4/22/2008 | PAC | Analysis of unpaid administrative expenses and plan feasibility (1.5); confer with B. Shaw concerning same (.2) | 1.70 265.00/hr | 450.50 |
| | | SUBTOTAL: | [ 3.90 | 1,273.50] |

Enesco Group, Inc., Enesco Int'l. Ltd.,     Page 4

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **TAX ISSUES** | | |
| 4/1/2008 | BLS | Speak to M. Graul re IDOR tax issue (.2); review stipulation of settlement regarding same (.4). | 0.60<br>425.00/hr | 255.00 |
| 4/2/2008 | BLS | Further emails re IDOR issues (.2). | 0.20<br>425.00/hr | 85.00 |
| 4/9/2008 | BLS | Review emials from Hong Kong (.1). | 0.10<br>425.00/hr | 42.50 |
| 4/10/2008 | BLS | Review emails re Hong Kong (.1). | 0.10<br>425.00/hr | 42.50 |
| 4/11/2008 | BLS | Review correspondence re Hong Kong and IDOR (.2). | 0.20<br>425.00/hr | 85.00 |
| 4/14/2008 | BLS | Review email re IDR in Hong Kong (.1). | 0.10<br>425.00/hr | 42.50 |
| 4/16/2008 | BLS | Review emails re IDOR and insurance (.1). | 0.10<br>425.00/hr | 42.50 |
| | | SUBTOTAL: | [ 1.40 | 595.00] |

For professional services rendered     $5,934.00

Additional Charges :

| | | |
|---|---|---|
| 4/9/2008 | Taxi to court for hearing (BLS) | 5.00 |
| 4/11/2008 | Photocopying - Malcolm Graham Letter with Attachement (PAC) | 9.90 |
| 4/30/2008 | Postage - 4/1/08 - 4/30/08 | 5.40 |
| | Total additional charges | $20.30 |

Total amount of this bill     $5,954.30

Enesco Group, Inc., Enesco Int'l. Ltd.,                                                              Page    5

ADDITIONAL EXPENSES MAY BE BILLED ON A LATER INVOICE

FEDERAL TAX ID# 36-3844420