## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ENESCO GROUP, INC., | ) | Case No. 07-00565 |
| et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable A. Benjamin Goldgar |
| | ) | Hearing Date: October 1, 2008 |
| | ) | Hearing Time: 10:00 a.m. |

### ORDER ALLOWING FINAL COMPENSATION TO MORRIS-ANDERSON & ASSOCIATES, LTD., AS FINANCIAL ADVISORS TO THE CHAPTER 11 OFFICIAL COMMITTEE OF UNSECURED CREDITORS

At Chicago, Illinois, in said District, this 1ST day of October, 2008.

THIS CAUSE coming to be heard upon the Motion of Morris-Anderson & Associates, Ltd., as Financial Advisors ("**M-A**") to the Chapter 11 Official Committee of Unsecured Creditors (the "**Committee**") of Enesco Group, Inc., et al. (collectively, the "**Debtors**"), for Authority to Allow Final Compensation (the "**Final Fee Motion**"); due written notice of the hearing on the Final Fee Motion having been given as is reflected in that certificate of service filed on September 11, 2008; no objection to the Final Fee Motion having been filed or presented; and the Court having reviewed and considered the Final Fee Motion, having jurisdiction over this matter, and being otherwise fully advised:

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

A.  The Final Fee Motion be and is hereby granted;

B.  M-A be and is hereby awarded final compensation in the amount of One Hundred Thirty Eight Thousand, Eight Hundred Sixty-Five and 00/100 Dollars ($138,865.00), and such

final compensation be and is hereby allowed and approved under sections 330, 503(b)(1),

507(a)(2), and 726(a)(1) of the United States Bankruptcy Code; and

      C.      The notice given of the hearing on the Final Fee Motion is found to be adequate

and reasonable under the circumstances and no further notice is or shall be required.

ENTER:

_____
U.S. Bankruptcy Judge

This Order prepared by:
BRAD A. BERISH, ESQ (ARDC #06200891)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
312/435-1050
Attorneys for Chapter 11 Official Committee
of Unsecured Creditors

78927.2 12/11/01      2