UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ENESCO GROUP, INC., et al. | ) | Case No. 07-00565 (ABG) |
| | ) | |
| Debtors. | ) | Jointly administered |
| | ) | |

NOTICE OF MONTHLY INVOICE OF FEES AND EXPENSES
OF SKADDEN, ARPS, SPECIAL CORPORATE COUNSEL FOR THE
DEBTOR IN POSSESSION, FOR THE TIME PERIODS OF MARCH 1, 2007
THROUGH MARCH 31, 2007 AND APRIL 1, 2007 THOUGH APRIL 30, 2007

On or about January 25, 2007, the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Court") in the above-entitled Chapter 11 case entered orders authorizing Enesco Group, Inc. and its affiliated Debtors and Debtors in Possession herein (collectively, "Enesco"), to retain Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps" or the "Firm") as special corporate counsel and approving a mechanism for monthly payments of professionals retained by the Debtors and any committee that might be formed in the above-entitled cases (the "Cases") (collectively, the "Orders").

Pursuant to the terms of the Orders, on or before the last day of the month following the month for which compensation is sought, the Firm is (i) authorized to submit monthly invoices (each, an "Invoice") to Enesco for such month's accrued fees for legal services rendered (the "Fees") and accrued charges and disbursements (the "Expenses"), and (ii) directed to serve a copy of each Invoice on the United States Trustee, counsel for the Debtors, counsel for the Bank of America N.A., counsel for LaSalle Bank, N.A., counsel for Tinicum Capital Partners, and counsel for the Creditors' Committee (collectively the "Notice Parties"). For the time period of March 1, 2007 through March 31, 2007, Skadden, Arps is seeking $34,310 in Fees and $902 in reimbursement of Expenses. For the time period of April 1, 2007 through April 30, 2007, Skadden, Arps is seeking $12,522 in Fees and $1,093 in reimbursement of Expenses. Attached hereto as Exhibits A and B, and made part hereof, are Skadden, Arps' Invoices for the time period between March 1, 2007 and March 31, 2007, and April 1, 2007 and April 30, 2007.

Any party may object to the Fees and Expenses for which payment is sought in the Invoices within ten (10) days from the service of this Notice and the Invoice by serving a written Objection on the Notice Parties delineating with specificity those Fees or Expenses as to which there is an objection.

If no objection has been timely filed, Enesco will promptly pay 90% of the Fees and 100% of the Expenses requested herein

Dated: May 9, 2007

*/s/ George N. Panagakis*
George N. Panagakis (ARDC #06209373)
Felicia Gerber Perlman (ARDC #06210753)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
(312) 407-0700 (phone)
(312) 407-0411 (fax)

Special Counsel for the Debtors

2

# Exhibit A

# SKADDEN, ARPS, SLATE,
# MEAGHER & FLOM LLP
### AND AFFILIATES

Enesco Group, Inc. (DIP)
225 Windsor Drive
Itasca, Illinois  60143

May 4, 2007
Bill No.:  1155648

TIN:  13-1777230

| | PLEASE REMIT TO: | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1155648 |

Invoice # 1155648
   Re:  Corporate Advice, Financing and Special Projects

TO PROFESSIONAL SERVICES RENDERED through
March 31, 2007, as set forth in the
attached Summary of Services as follows:

For General Corporate Advice ........................ $3,286

$    3,286

For Asset Dispositions (General) .................... $11,203

Charges and Disbursements
Telecommunications ................... $     9
Travel Expenses ...................        41
   Total Disbursements...................         50

$    11,253

PAYMENT DUE UPON RECEIPT.
***
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.
***
PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE
WILL BE BILLED SUBSEQUENTLY.

B43

<u>TIME SUMMARY - - ALL MATTERS</u>
<u>ENESCO GROUP, INC. (DIP): March 2007</u>

For Case Administration ............................. $6,670

    <u>Charges and Disbursements</u>
    Courier, Express
    Delivery and Postage ................ $    17
    Court Reporting ......................     514
    Reproduction and Document Preparation  206

       Total Disbursements....................   737

                                 $    7,407


For Financing (DIP and Emergence) .................... $11,157

    <u>Charges and Disbursements</u>
    Telecommunications ...................  $    29
    Reproduction and Document Preparation  82

       Total Disbursements....................   111

                                 $    11,268


For Retention/Fee Matters (SASM&F) ................... $1,894

    <u>Charges and Disbursements</u>
    Telecommunications ...................  $    4

       Total Disbursements....................   4

                                 $    1,898


Total Fees ........................................... $34,210

Total Charges & Disbursements ........................ $902

Grand Total .......................................... <u>$35,112</u>

<u>TIME SUMMARY - - ALL MATTERS</u>
<u>ENESCO GROUP, INC. (DIP): March 2007</u>

**MATTER #1  General Corporate Advice**                     Bill No: 1155648

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|

**PARTNERS**

| | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| SUSAN S. HASSAN | $735 | 1.00 | $   735.00 |
| GEORGE N. PANAGAKIS | 810 | 1.90 | 1,539.00 |
| **TOTAL PARTNERS** | | **2.90** | **$2,274.00** |

**COUNSEL**

| | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| STEPHEN D. WILLIAMSON | $595 | 1.70 | $1,012.00 |
| **TOTAL COUNSEL** | | **1.70** | **$1,012.00** |
| **MATTER TOTAL** | | **4.60** | **$3,286.00** |

TIME SUMMARY - - ALL MATTERS
ENESCO GROUP, INC. (DIP): March 2007


**MATTER #3  Asset Dispositions (General)**

Bill No: 1155648

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **COUNSEL** | | | |
| STEPHEN D. WILLIAMSON | $595 | 14.90 | $ 8,866.00 |
| TOTAL COUNSEL | | 14.90 | $ 8,866.00 |
| **ASSOCIATE** | | | |
| LAVERNE F. HILL | $390 | 5.70 | $ 2,223.00 |
| TOTAL ASSOCIATE | | 5.70 | $ 2,223.00 |
| **LEGAL ASSISTANT** | | | |
| LEGAL ASSISTANT @ | $95 | 1.20 | $    114.00 |
| TOTAL LEGAL ASSISTANTS | | 1.20 | $    114.00 |
| **MATTER TOTAL** | | 21.80 | $11,203.00 |

TIME SUMMARY - - ALL MATTERS
ENESCO GROUP, INC. (DIP): March 2007

MATTER #8  Case Administration

Bill No: 1155648

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GEORGE N. PANAGAKIS | $810 | 7.60 | $6,156.00 |
| TOTAL PARTNER | | 7.60 | $6,156.00 |
| **ASSOCIATE** | | | |
| LAVERNE F. HILL | $390 | 0.10 | $   39.00 |
| TOTAL ASSOCIATE | | 0.10 | $   39.00 |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $250 | 1.90 | $  475.00 |
| TOTAL LEGAL ASSISTANTS | | 1.90 | $  475.00 |
| **MATTER TOTAL** | | 9.60 | $6,670.00 |

B43

## TIME SUMMARY - - ALL MATTERS
### ENESCO GROUP, INC. (DIP): March 2007

**MATTER #19  Financing (DIP and Emergence)**

Bill No: 1155648

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNERS** | | | |
| GEORGE N. PANAGAKIS | $810 | 11.50 | $  9,315.00 |
| FELICIA GERBER PERLMAN | 735 | 2.40 | 1,764.00 |
| TOTAL PARTNERS | | 13.90 | $11,079.00 |
| **ASSOCIATE** | | | |
| NORAH J. GUEQUIERRE | $390 | 0.20 | $    78.00 |
| TOTAL ASSOCIATE | | 0.20 | $   78.00 |
| **MATTER TOTAL** | | 14.10 | $11,157.00 |

B43

## TIME SUMMARY - - ALL MATTERS
### ENESCO GROUP, INC. (DIP): March 2007

**MATTER #33  Retention/Fee Matters (SASM&F)**

Bill No: 1155648

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **COUNSEL** | | | |
| STEPHEN D. WILLIAMSON | $595 | 1.50 | $  893.00 |
| TOTAL COUNSEL | | 1.50 | $  893.00 |
| **ASSOCIATE** | | | |
| LAVERNE F. HILL | $390 | 0.90 | $  351.00 |
| TOTAL ASSOCIATE | | 0.90 | $  351.00 |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $250 | 2.60 | $  650.00 |
| TOTAL LEGAL ASSISTANTS | | 2.60 | $  650.00 |
| **MATTER TOTAL** | | 5.00 | $1,894.00 |
| **CLIENT TOTAL** | | 55.10 | $34,210.00 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Enesco Group, Inc. (DIP)**
**General Corporate Advice**

Bill Date: 05/04/07
Bill Number: 1155648

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HASSAN SS | 03/05/07 | 1.00 | BOARD TELECONFERENCE. |
| | | **1.00** | |
| PANAGAKIS GN | 03/05/07 | 0.80 | PARTICIPATE ON BOARD CALL (.8). |
| PANAGAKIS GN | 03/07/07 | 0.80 | CALL WITH M. GRAUL AND L. CAMPANARO REGARDING ONGOING MANAGEMENT OF DEBTOR AND RELATED MATTERS (.8). |
| PANAGAKIS GN | 03/12/07 | 0.30 | ATTENTION TO BOARD MINUTES AND RELATED MATTERS. |
| | | **1.90** | |
| **Total Partner** | | **2.90** | |
| WILLIAMSON SD | 03/12/07 | 1.00 | REVIEWED AND REVISED 2/9 BOARD MINUTES (.7); ATTENDED TO ISSUES REGARDING SAME(.3). |
| WILLIAMSON SD | 03/13/07 | 0.70 | RESOLVED REMAINING ISSUES REGARDING 2/9 MINUTES (.4); REVISED AND FINALIZED SAME (.3). |
| | | **1.70** | |
| **Total Counsel** | | **1.70** | |
| **TOTAL TIME** | | **4.60** | |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Enesco Group, Inc. (DIP)        Bill Date: 05/04/07
Asset Dispositions (General)                          Bill Number: 1155648

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| WILLIAMSON SD | 03/02/07 | 0.70 | WORKED TO RESOLVE ISSUES REGARDING LIVELY LEASE. |
| WILLIAMSON SD | 03/05/07 | 0.60 | ATTENDED TO ISSUES REGARDING LIVELY LEASE. |
| WILLIAMSON SD | 03/06/07 | 1.10 | ATTENDED TO ISSUES REGARDING CURE/ADMIN CLAIMS (.7); TELECONFERENCE WITH B. KNOCHMAN REGARDING LIVELY LEASE (.4). |
| WILLIAMSON SD | 03/07/07 | 1.10 | TELECONFERENCE WITH B. KNOCHMAN RE: LIVELY LEASE (.3); ATTENDED TO ISSUES REGARDING SAME (.4); ATTENDED TO ONGOING ISSUES RE: CURE/ADMIN CLAIMS (.3). |
| WILLIAMSON SD | 03/14/07 | 0.90 | CONTINUED WORKING ON CURE/ADMIN CLAIM ISSUES (.9). |
| WILLIAMSON SD | 03/15/07 | 1.30 | REVIEWED CORRESPONDENCE FROM C. FILARDI REGARDING UPS (.3); ATTENDED TO ISSUES REGARDING SAME (.3); CONTINUED WORKING TO RESOLVE ADMIN/CURE CLAIM ISSUES (.7). |
| WILLIAMSON SD | 03/19/07 | 4.20 | CONTINUED WORKING TO RESOLVE REMAINING CURE/ADMIN CLAIMS (1.8); REVIEWED CORRESPONDENCE FROM F. FEINSTEIN REGARDING UPS CLAIMS (.3); ATTENDED TO ISSUES REGARDING SAME (.3); PREPARED FORM OF AGENDA FOR 3/20 HEARING (1.1); WORKED TO RESOLVE ISSUES REGARDING PUBLICATIONS INTERNATIONAL (.7). |
| WILLIAMSON SD | 03/20/07 | 0.70 | CONTINUED WORKING TO RESOLVE UPS CURE/ADMIN CLAIMS ISSUES (.7). |
| WILLIAMSON SD | 03/21/07 | 0.50 | ATTENDED TO ISSUES REGARDING PREPARATION OF FEE APPLICATION. |
| WILLIAMSON SD | 03/26/07 | 1.90 | CONTINUED WORKING TO RESOLVE CURE/ADMIN CLAIM ISSUES (1.2); REVIEWED DRAFT DOCUMENTS FORWARDED BY COUNSEL FOR UPS (.4); ATTENDED TO ISSUES REGARDING SAME (.3). |
| WILLIAMSON SD | 03/27/07 | 1.20 | CONTINUED WORKING TO RESOLVE CURE/ADMIN CLAIM ISSUES. |
| WILLIAMSON SD | 03/29/07 | 0.70 | CONTINUED WORKING TO RESOLVE CURE/ADMIN CLAIM ISSUES (.7). |
|  |  | 14.90 |  |
| **Total Counsel** |  | **14.90** |  |
| HILL LF | 02/14/07 | 5.70 | DRAFTED SUMMARY OF OBJECTIONS TO SALE MOTION (4.9); PREPARED INDEX OF CERTIFICATE OF SERVICE OF BIDDING PROCEDURES AND NOTICE OF SALE. (.8). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  |  |  |
|---|---|---|---|
|  |  | 5.70 |  |
| **Total Associate** |  | 5.70 |  |
| BELMAR JJ | 02/15/07 | 1.20 | ATTEND CALENDAR CALL IN COURTHOUSE. |
|  |  | 1.20 |  |
| **Total Legal Assistant Specialist** |  | 1.20 |  |
| **TOTAL TIME** |  | **21.80** |  |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Enesco Group, Inc. (DIP)     Bill Date: 05/04/07
Case Administration                              Bill Number: 1155648

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| PANAGAKIS GN | 03/01/07 | 0.60 | CALLS WITH K. GLEASON, R. FISHMAN AND B. BALDIGA REGARDING PLAN ISSUES (.4); CALL WITH P. TROSTEL (.2). |
| PANAGAKIS GN | 03/05/07 | 1.30 | ATTENTION TO POTENTIAL PLAN STRUCTURES (.4); CALL WITH B. BALDIGA REGARDING SAME (.4); ATTENTION TO PAYMENT OF ADMINISTRATIVE RENT CLAIMS, INCLUDING CORRESPONDENCE WITH M. GRAUL REGARDING SAME (.5). |
| PANAGAKIS GN | 03/06/07 | 1.00 | CALL WITH B. FISHMAN REGARDING POTENTIAL PLAN ISSUES (.8); CALL WITH K. GLEASON REGARDING SAME (.2). |
| PANAGAKIS GN | 03/07/07 | 1.00 | MEET WITH B. SHAW REGARDING VARIOUS CASE ADMINISTRATIVE MATTERS (.5); CONTINUED CONSIDERATION OF PLAN ALTERNATIVES AND DISCUSS SAME WITH M. GRAUL AND L. CAMPANARO (.5). |
| PANAGAKIS GN | 03/11/07 | 0.40 | CORRESPONDENCE WITH B. BALDIGA (.2); COORDINATE NEXT DAY MEETING WITH COMMITTEE (.2). |
| PANAGAKIS GN | 03/12/07 | 1.30 | MEETING WITH COMMITTEE REPRESENTATIVES REGARDING PLAN ISSUES (.8); DISCUSS SAME WITH B. SHAW AND R. FISHMAN (.3); CALL WITH B. BALDIGA REGARDING SAME (.2). |
| PANAGAKIS GN | 03/14/07 | 0.40 | CALLS WITH B. BALDIGA (.2); CORRESPONDENCE WITH PREPETITION LENDERS (.2). |
| PANAGAKIS GN | 03/16/07 | 0.30 | CORRESPONDENCE WITH COMMITTEE AND PREPETITION LENDERS REGARDING EXTENSION OF HEARING (.3). |
| PANAGAKIS GN | 03/19/07 | 0.60 | ATTENTION TO POTENTIAL PLAN ISSUES (.6). |
| PANAGAKIS GN | 03/21/07 | 0.30 | CORRESPONDENCE WITH B. BALDIGA AND B. SHAW REGARDING PLAN RELATED ISSUES (.3). |
| PANAGAKIS GN | 03/22/07 | 0.40 | CORRESPONDENCE WITH B. BALDIGA AND ATTENTION TO PLAN RELATED ISSUES (.4). |
| | | 7.60 | |
| **Total Partner** | | **7.60** | |
| HILL LF | 03/16/07 | 0.10 | RETURNED SHAREHOLDER'S CALL AND ANSWERED QUESTIONS REGARDING THE NOTICES RECEIVED ABOUT THE BANKRUPTCY CASE (.1). |
| | | 0.10 | |
| **Total Associate** | | **0.10** | |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MIRKOVIC M | 03/02/07 | 0.80 | ORGANIZE AND CATALOG MISCELLANEOUS CASE FILES. |
| MIRKOVIC M | 03/27/07 | 1.10 | REVIEW AND CATALOG CASE FILES (.5); REVIEW AND CATALOG HEARING TRANSCRIPTS (.6). |
| | | 1.90 | |
| **Total Legal Assistant** | | **1.90** | |
| **TOTAL TIME** | | **9.60** | |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Enesco Group, Inc. (DIP)        Bill Date: 05/04/07
Financing (DIP and Emergence)                          Bill Number: 1155648

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| PANAGAKIS GN | 02/06/07 | 0.20 | ATTENTION TO PREPARATION FOR NEXT DAY HEARING (0.2). |
| PANAGAKIS GN | 02/27/07 | 1.10 | TELECONFERENCES WITH D. DOOLEY AND C. GEDDLEMEN REGARDING EXTENSION OF INVESTIGATING PERIOD (.3, .4); TELECONFERENCE WITH P. TROSTEL REGARDING (.2); TELECONFERENCE WITH L. CAMPANERO REGARDING INTERVIEW (.2). |
| PANAGAKIS GN | 03/05/07 | 1.00 | REVIEW COMMITTEE'S MOTION REGARDING CHALLENGES TO PREPETITION LENDERS CLAIMS (1.0). |
| PANAGAKIS GN | 03/06/07 | 3.30 | CONTINUED CONSIDERATION TO COMMITTEE MOTION CHALLENGING PREPETITION LENDER CLAIMS (.5); CALL WITH R. FISHMAN (.8) AN B. BERISH (.4) REGARDING SAME; CALL WITH P. TROSTEL (.3) AND L. GELBER (.3) REGARDING SAME; ADDITIONAL CALLS WITH J. BERNSTEN (.7) AND B. BERISH (.3) REGARDING SAME. |
| PANAGAKIS GN | 03/07/07 | 2.00 | PREPARE FOR (.2) AND ATTEND (.8) HEARING REGARDING COMMITTEE CHALLENGE; PARTICIPATE IN FOLLOW UP SETTLEMENT DISCUSSION WITH COMMITTEE REPRESENTATIVES AND REPRESENTATIVES OF TINICUM AND PREPETITION LENDERS (1.0). |
| PANAGAKIS GN | 03/08/07 | 1.00 | ATTENTION TO COMMITTEE CHALLENGE POTENTIAL SETTLEMENT ALTERNATIVES (1.0). |
| PANAGAKIS GN | 03/09/07 | 1.00 | CALLS AND CORRESPONDENCE WITH D. DOOLEY AND B. SHAW REGARDING COMMITTEE CHALLENGE. |
| PANAGAKIS GN | 03/12/07 | 1.50 | MEETING WITH COMMITTEE REPRESENTATIVES REGARDING CHALLENGE (.8); DISCUSS SAME WITH B. SHAW AND R. FISHMAN (.3); CALLS WITH LENDERS COUNSEL REGARDING SAME (.4). |
| PANAGAKIS GN | 03/23/07 | 0.40 | CORRESPONDENCE WITH COMMITTEE AND PREPETITION LENDERS REGARDING STANDSTILL (.4). |
| | | 11.50 | |
| PERLMAN F | 03/05/07 | 0.80 | REVIEW AND ANALYZE MOTION TO EXTEND TIME (.8). |
| PERLMAN F | 03/06/07 | 1.20 | CONTINUED ANALYSIS OF COMMITTEE'S MOTION TO EXTEND TIME (1.2). |
| PERLMAN F | 03/07/07 | 0.40 | ATTENTION TO COMMITTEE'S MOTION TO EXTEND (.4). |
| | | 2.40 | |
| Total Partner | | 13.90 | |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GUEQUIERRE NJ | 03/15/07 | 0.20 | RESPOND TO QUESTIONS REGARDING SIGNATURE PAGES FROM GOLDBERG KOHN (.2). |
| | | 0.20 | |
| **Total Associate** | | 0.20 | |
| **TOTAL TIME** | | **14.10** | |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Enesco Group, Inc. (DIP)          Bill Date: 05/04/07
Retention/Fee Matters (SASM&F)                    Bill Number: 1155648

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| WILLIAMSON SD | 03/08/07 | 1.00 | REVIEWED AND FINALIZED CLIENT STATEMENT (.6); ATTENDED TO ISSUES REGARDING SAME (4). |
| WILLIAMSON SD | 03/13/07 | 0.50 | ATTENDED TO ISSUES RE: PREPARATION OF FEE APPLICATION (.5). |
| | | 1.50 | |
| **Total Counsel** | | **1.50** | |
| HILL LF | 03/27/07 | 0.90 | BEGAN REVIEW OF MONTHLY INVOICE OF FEES AND EXPENSES IN PREPARATION OF DRAFTING FEE APPLICATION (.9). |
| | | 0.90 | |
| **Total Associate** | | **0.90** | |
| MIRKOVIC M | 03/02/07 | 1.70 | PREPARE FOLLOW-UP MEMOS TO VARIOUS BRSQ RESPONDENTS. |
| MIRKOVIC M | 03/05/07 | 0.90 | PREPARE FOLLOW-UP MEMOS TO VARIOUS BRSQ RESPONDENTS. |
| | | 2.60 | |
| **Total Legal Assistant** | | **2.60** | |
| **TOTAL TIME** | | **5.00** | |
| **CLIENT TOTAL** | | **55.10** | |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Enesco Group, Inc. (DIP)**                        **Bill Date: 05/04/07**
**Asset Dispositions (General)**                   **Bill Number: 1155648**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 02/09/07 | Teleconferencing Services, LLC | 8.30 |
| Vendor Hosted Teleconferencing | 02/14/07 | Teleconferencing Services, LLC | 0.70 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$9.00** |
| Local Travel | 01/22/07 | Liberman DS | 6.00 |
| Local Travel | 01/22/07 | Liberman DS | 5.00 |
| Local Travel | 02/12/07 | Liberman DS | 14.00 |
| Local Travel | 03/12/07 | Sasm&F Chicago | 16.00 |
| | | **TOTAL LOCAL TRAVEL** | **$41.00** |
| | | **TOTAL MATTER** | **$50.00** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Enesco Group, Inc. (DIP)                                    Bill Date: 05/04/07
Case Administration                                        Bill Number: 1155648

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/06/07 | Copy Center, D | 206.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$206.00** |
| Messengers/ Courier | 03/04/07 | Comet Messenger Service | 11.03 |
| Messengers/ Courier | 03/06/07 | Dist Serv/Mail/Page, D | 5.97 |
| | | **TOTAL MESSENGERS/ COURIER** | **$17.00** |
| Court Reporting | 03/13/07 | Jackleen Defini Csr,Rpr | 514.00 |
| | | **TOTAL COURT REPORTING** | **$514.00** |
| | | **TOTAL MATTER** | **$737.00** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Enesco Group, Inc. (DIP)**
**Financing (DIP and Emergence)**

**Bill Date: 05/04/07**
**Bill Number: 1155648**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 02/06/07 | Copy Center, D | 82.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$82.00** |
| Telephone Expense-ECRS only | 02/05/07 | Telecommunications, D | 2.86 |
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 0.14 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | **$3.00** |
| Vendor Hosted Teleconferencing | 01/19/07 | Teleconferencing Services, LLC | 10.04 |
| Vendor Hosted Teleconferencing | 01/20/07 | Teleconferencing Services, LLC | 3.96 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$14.00** |
| Wireless - Mobile/Cellular/Pager | 01/28/07 | Hassan SS | 10.72 |
| Wireless - Mobile/Cellular/Pager | 02/28/07 | Hassan SS | 0.32 |
| Wireless - Mobile/Cellular/Pager | 02/28/07 | Hassan SS | 0.96 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$12.00** |
| | | **TOTAL MATTER** | **$111.00** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Enesco Group, Inc. (DIP)                          Bill Date: 05/04/07
Retention/Fee Matters (SASM&F)                    Bill Number: 1155648

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Telephone Expense-ECRS only | 03/30/07 | Telecommunications, D | 4.00 |
| | | **TOTAL TELEPHONE EXPENSE-ECRS ONLY** | $4.00 |
| | | **TOTAL MATTER** | $4.00 |
| | | **TOTAL CLIENT** | $902.00 |

DD01

# Exhibit B

# SKADDEN, ARPS, SLATE,
# MEAGHER & FLOM LLP
### AND AFFILIATES

Enesco Group, Inc. (DIP)
225 Windsor Drive
Itasca, Illinois  60143

May 4, 2007
Bill No.:  1155655

TIN:  13-1777230

| PLEASE REMIT TO: | | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1155655 |

Invoice # 1155655
   Re:  Corporate Advice, Financing and Special Projects

TO PROFESSIONAL SERVICES RENDERED through
April 30, 2007, as set forth in the
attached Summary of Services as follows:

For General Corporate Advice ......................      $567

                                              $      567

For Asset Dispositions (General) ...................    $6,962

   Charges and Disbursements
   Outside Research Services ...........   $     12

      Total Disbursements...................  _____12

                                              $    6,974

PAYMENT DUE UPON RECEIPT.
***
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.
***
PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE
WILL BE BILLED SUBSEQUENTLY.

B43

## TIME SUMMARY - - ALL MATTERS
### ENESCO GROUP, INC. (DIP): April 2007

For Case Administration ............................ $525

    Charges and Disbursements
    Outside Research Services ............ $    234

       Total Disbursements....................     234

                                                    $    759


For Financing (DIP and Emergence) .................... $486

    Charges and Disbursements
    Courier, Express
    Delivery and Postage ............... $    6
    Outside Research Services ............     9
    Reproduction and Document Preparation    832

       Total Disbursements....................     847

                                                    $    1,333


For Retention/Fee Matters (SASM&F) .................... $3,982

                                                    $    3,982


Total Fees ............................................ $12,522

Total Charges & Disbursements ......................... $1,093

Grand Total ........................................... $13,615

<u>TIME SUMMARY - - ALL MATTERS</u>
<u>ENESCO GROUP, INC. (DIP): April 2007</u>

**MATTER #1  General Corporate Advice**                                      Bill No: 1155655

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|

**PARTNER**

| | | | |
|------|------|-------|-------|
| GEORGE N. PANAGAKIS | $810 | <u>0.70</u> | <u>$567.00</u> |
| TOTAL PARTNER | | 0.70 | $567.00 |
| **MATTER TOTAL** | | <u>0.70</u> | <u>$567.00</u> |

B43

## TIME SUMMARY - - ALL MATTERS
### ENESCO GROUP, INC. (DIP): April 2007

**MATTER #3  Asset Dispositions (General)**                          Bill No: 1155655

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **COUNSEL** | | | |
| STEPHEN D. WILLIAMSON | $595 | 11.70 | $6,962.00 |
| TOTAL COUNSEL | | 11.70 | $6,962.00 |
| **MATTER TOTAL** | | 11.70 | $6,962.00 |

## TIME SUMMARY - - ALL MATTERS
### ENESCO GROUP, INC. (DIP): April 2007

**MATTER #8   Case Administration**

Bill No: 1155655

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $250 | 2.10 | $525.00 |
| **TOTAL LEGAL ASSISTANTS** | | 2.10 | $525.00 |
| **MATTER TOTAL** | | 2.10 | $525.00 |

**TIME SUMMARY - - ALL MATTERS**
**ENESCO GROUP, INC. (DIP): April 2007**

**MATTER #19  Financing (DIP and Emergence)**

Bill No: 1155655

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GEORGE N. PANAGAKIS | $810 | 0.60 | $486.00 |
| TOTAL PARTNER | | 0.60 | $486.00 |
| **MATTER TOTAL** | | 0.60 | $486.00 |

B43

TIME SUMMARY - - ALL MATTERS
ENESCO GROUP, INC. (DIP): April 2007

MATTER #33  Retention/Fee Matters (SASM&F)                     Bill No: 1155655

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **COUNSEL** | | | |
| STEPHEN D. WILLIAMSON | $595 | 0.40 | $  238.00 |
| TOTAL COUNSEL | | 0.40 | $  238.00 |
| **ASSOCIATE** | | | |
| LAVERNE F. HILL | $390 | 9.60 | $3,744.00 |
| TOTAL ASSOCIATE | | 9.60 | $3,744.00 |
| **MATTER TOTAL** | | 10.00 | $3,982.00 |
| **CLIENT TOTAL** | | 25.10 | $12,522.00 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Enesco Group, Inc. (DIP)**
**General Corporate Advice**

Bill Date: 05/04/07
Bill Number: 1155655

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| PANAGAKIS GN | 04/20/07 | 0.30 | CALL WITH R. FISHMAN. |
| PANAGAKIS GN | 04/25/07 | 0.20 | CALL AND CORRESPONDENCE WITH B. SHAW REGARDING TINICUM AGREEMENT (.2). |
| PANAGAKIS GN | 04/27/07 | 0.20 | ATTENTION TO CORRESPONDENCE FROM B. BEARISH. |
| | | 0.70 | |
| **Total Partner** | | **0.70** | |
| **TOTAL TIME** | | **0.70** | |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Enesco Group, Inc. (DIP)**      Bill Date: 05/04/07
**Asset Dispositions (General)**                         Bill Number: 1155655

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| WILLIAMSON SD | 04/05/07 | 1.80 | CONTINUED WORKING TO RESOLVE UPS CLAIM ISSUES (.6); CORRESPONDENCE WITH A. FLETCHER (.2) AND F. FEINSTEIN (.3) REGARDING SAME; REVIEWED UPDATED INFORMATION FROM UPS (.3); REVIEWED AND ATTENDED TO ASSIGNMENT AGREEMENT PROPOSED BY UPS (.4). |
| WILLIAMSON SD | 04/06/07 | 1.80 | TELECONFERENCE WITH A. FLETCHER RE: UPS AND RELATED MATTERS (.6); REVIEWED INFORMATION PROVIDED BY A. FLETCHER (.5); PREPARED CORRESPONDENCE TO F. FEINSTEIN REGARDING ENESCO POSITION ON CLAIMS ISSUES (.7). |
| WILLIAMSON SD | 04/16/07 | 3.40 | CONTINUED WORKING TO RESOLVE UPS AND PUBLICATIONS INTERNATIONAL CLAIMS (.6); PREPARED AGENDA FOR 4/17 HEARING (.5); REVIEWED CORRESPONDENCE FROM AND PREPARED RESPONSIVE CORRESPONDENCE TO M. BORUTA REGARDING UPS ISSUES (.6); TELECONFERENCE WITH M. BORUTA REGARDING SAME ISSUES AND ISSUES REGARDING PUBLICATION INTERNATIONAL (.5); REVIEWED AND ANALYZED CORRESPONDENCE AND PROPOSAL FROM PUBLICATIONS INTERNATIONAL (.3); CORRESPONDENCE WITH F. FEINSTEIN REGARDING CLAIMS AND UPCOMING HEARING (.3); ATTENDED TO HEARING PREP ISSUES (.6). |
| WILLIAMSON SD | 04/17/07 | 1.10 | REVIEWED ENESCO ASSIGNMENT AGREEMENT VERSUS PROPOSED UPS ASSIGNMENT AGREEMENT (.3); CONTINUED WORKING TO RESOLVE UPS ISSUES (.5); EXCHANGED CORRESPONDENCE WITH M. BORUTA REGARDING SAME (.3). |
| WILLIAMSON SD | 04/18/07 | 0.50 | REVIEWED CORRESPONDENCE FROM FEDEX AND ATTENDED TO ISSUES REGARDING SAME (.5). |
| WILLIAMSON SD | 04/20/07 | 1.20 | TELCONFERENCE WITH M. BORUTA REGARDING PUB INT'L ISSUES (.4); TELECONFERENCE WITH J. MORGAN REGARDING SAME (.5); ATTENDED TO ISSUES RAISED DURING SUCH CALL (.3). |
| WILLIAMSON SD | 04/23/07 | 0.50 | ATTENDED TO ISSUES REGARDING PENDING ADMIN CLAIMS AND OBJECTIONS (.5). |
| WILLIAMSON SD | 04/25/07 | 0.60 | TELECONFERENCE WITH COUNSEL FOR M. ENGELBRIGHT STUDIOS REGARDING STATUS OF LICENSE (.3); ATTENDED TO ISSUES RAISED DURING SUCH CALL (.3). |
| WILLIAMSON SD | 04/27/07 | 0.80 | CONTINUED WORKING TO RESOLVE REMAINING ADMIN CLAIMS AND DISPUTES (.8). |
|  |  | **11.70** |  |
| **Total Counsel** |  | **11.70** |  |

D02B

Skadden, Arps, Slate, Meagher & Flom LLP and affiliates

TOTAL TIME                    <u>11.70</u>

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Enesco Group, Inc. (DIP)**          **Bill Date: 05/04/07**
**Case Administration**                                    **Bill Number: 1155655**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| MIRKOVIC M | 04/03/07 | 0.80 | PREPARE SALE AND DIP DOCUMENTS FOR ATTORNEY REVIEW. |
| MIRKOVIC M | 04/16/07 | 0.80 | PREPARE AGENDA FOR 4/17/07 HEARING (.4); PREPARE FOR SERVICE OF SAME (.4). |
| MIRKOVIC M | 04/17/07 | 0.50 | PREPARE FOR AND FILE CERTIFICATE OF SERVICE FOR 4/17/07 HEARING. |
|  |  | 2.10 |  |

**Total Legal Assistant**          2.10

**TOTAL TIME**                      2.10

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Enesco Group, Inc. (DIP)          Bill Date: 05/04/07
Financing (DIP and Emergence)                              Bill Number: 1155655

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| PANAGAKIS GN | 04/09/07 | 0.20 | FOLLOW UP REGARDING POTENTIAL SETTLEMENT. |
| PANAGAKIS GN | 04/13/07 | 0.20 | CORRESPONDENCE REGARDING COMMITTEE CLAIM AGAINST LENDERS. |
| PANAGAKIS GN | 04/17/07 | 0.20 | ATTENTION TO SCHEDULING AND STATUS OF SETTLEMENT DISCUSSIONS REGARDING COMMITTEE CLAIM (.2). |
| | | 0.60 | |
| **Total Partner** | | 0.60 | |
| **TOTAL TIME** | | <u>0.60</u> | |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Enesco Group, Inc. (DIP)       Bill Date: 05/04/07
Retention/Fee Matters (SASM&F)                              Bill Number: 1155655

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| WILLIAMSON SD | 04/23/07 | 0.40 | ATTENDED TO ISSUES REGARDING FEE APPLICATION PREPARATION (.4). |
| | | 0.40 | |
| **Total Counsel** | | **0.40** | |
| HILL LF | 04/04/07 | 4.20 | DRAFTING FEE APPLICATION. |
| HILL LF | 04/05/07 | 4.90 | CONTINUED DRAFTING FEE APPLICATION. |
| HILL LF | 04/06/07 | 0.50 | CONTINUED DRAFTING FEE APPLICATION. |
| | | 9.60 | |
| **Total Associate** | | **9.60** | |
| **TOTAL TIME** | | **10.00** | |
| | | | |
| **CLIENT TOTAL** | | **25.10** | |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Enesco Group, Inc. (DIP)
Asset Dispositions (General)

Bill Date: 05/04/07
Bill Number: 1155655

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 04/05/07 | Pacer Service Center | 12.00 |
| | | TOTAL OUTSIDE RESEARCH/INTERNET SERVICES | $12.00 |
| | | TOTAL MATTER | $12.00 |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Enesco Group, Inc. (DIP)**
**Case Administration**

**Bill Date: 05/04/07**
**Bill Number: 1155655**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 04/05/07 | Pacer Service Center | 234.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$234.00** |
| | | **TOTAL MATTER** | **$234.00** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Enesco Group, Inc. (DIP)
Financing (DIP and Emergence)

Bill Date: 05/04/07
Bill Number: 1155655

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 04/06/07 | Copy Center, D | 831.50 |
| In-house Reproduction | 04/17/07 | Copy Center, D | 0.50 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$832.00** |
| Messengers/ Courier | 04/16/07 | Dist Serv/Mail/Page, D | 6.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$6.00** |
| Outside Research/Internet Services | 04/05/07 | Pacer Service Center | 9.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$9.00** |
| | | **TOTAL MATTER** | **$847.00** |
| | | **TOTAL CLIENT** | **$1,093.00** |

DD01

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ENESCO GROUP, INC., et al. | ) | Case No. 07-00565 (ABG) |
| | ) | |
| Debtors. | ) | Jointly administered |
| | ) | |

NOTICE OF MONTHLY INVOICE
OF FEES AND EXPENSES OF SKADDEN, ARPS, SPECIAL
CORPORATE COUNSEL FOR THE DEBTOR IN POSSESSION, FOR
THE TIME PERIOD OF MAY 1, 2007 THROUGH AUGUST 31, 2007

On or about January 25, 2007, the United States Bankruptcy Court for the Northern District of Illinois (Eastern Division) (the "Court") in the above-entitled Chapter 11 case entered orders authorizing Enesco Group, Inc. and its affiliated Debtors and Debtors in Possession herein (collectively, "Enesco"), to retain Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps" or the "Firm") as special corporate counsel and approving a mechanism for monthly payments of professionals retained by the Debtors and any committee that might be formed in the above-entitled cases (the "Cases") (collectively, the "Orders").

Pursuant to the terms of the Orders, on or before the last day of the month following the month for which compensation is sought, the Firm is (i) authorized to submit monthly invoices (each, an "Invoice") to Enesco for such month's accrued fees for legal services rendered (the "Fees") and accrued charges and disbursements (the "Expenses"), and (ii) directed to serve a copy of each Invoice on the United States Trustee, counsel for the Debtors, counsel for the Bank of America N.A., counsel for LaSalle Bank, N.A., counsel for Tinicum Capital Partners, and counsel for the Creditors' Committee (collectively the "Notice Parties"). For the four-month time period of May 1, 2007 through August 31, 2007, Skadden, Arps is seeking $32,443 in Fees and $266 in reimbursement of Expenses. Attached hereto as Exhibit A, and made part hereof, is Skadden, Arps' Invoice for such time period.

Any party may object to the Fees and Expenses for which payment is sought in the Invoice within ten (10) days from the service of this Notice and the Invoice by serving a written Objection on the Notice Parties delineating with specificity those Fees or Expenses as to which there is an objection.

If no objection has been timely filed, Enesco will promptly pay 90% of the Fees and 100% of the Expenses requested herein

Dated:  September 14, 2007

George N. Panagakis (ARDC #06209373)
Felicia Gerber Perlman (ARDC #06210753)
Stephen D. Williamson (ARDC #06244130)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
(312) 407-0700 (phone)
(312) 407-0411 (fax)

Special Counsel for the Debtors

2

# Exhibit A

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

**AND AFFILIATES**

Enesco Group, Inc. (DIP)
225 Windsor Drive
Itasca, Illinois  60143

September 5, 2007
Bill No.:  1172830

TIN:  13-1777230

| PLEASE REMIT TO: | | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1172830 |

Invoice # 1172830
Re:  Corporate Advice, Financing and Special Projects

TO PROFESSIONAL SERVICES RENDERED May 1,
2007 through August 31, 2007, as set forth
in the attached Summary of Services

For General Corporate Advice  .......................    $4,050

    Charges and Disbursements
    Reproduction and Document Preparation          $2

        Total Disbursements....................           2

                              $       4,052

For Asset Dispositions (General)  ...................    $19,165

    Charges and Disbursements
    Outside Research Services ...........    $     7

        Total Disbursements....................           7

PAYMENT DUE UPON RECEIPT.
***
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.
***
PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE
WILL BE BILLED SUBSEQUENTLY.

B43

## TIME SUMMARY - - ALL MATTERS
### ENESCO GROUP, INC. (DIP): July, 2007

$    19,172

For Case Administration ............................    $1,017

Charges and Disbursements
Telecommunications ...................    $    60
Outside Research Services ............        10
Reproduction and Document Preparation        31
Travel Expenses ......................        60

Total Disbursements...................    _____161

$     1,178

For Financing (DIP and Emergence) ...................    $0

Charges and Disbursements
Courier, Express
Delivery and Postage ...............    $    9
Telecommunications ...................         5
Reproduction and Document Preparation         2

Total Disbursements...................    _____16

$     16

For Retention/Fee Matters (SASM&F) ..................    $10,683

Charges and Disbursements
Reproduction and Document Preparation    $27
Travel Expenses ......................    53

Total Disbursements...................    _____80

$     10,763

B43

**TIME SUMMARY - - ALL MATTERS**
**ENESCO GROUP, INC. (DIP): July, 2007**

Total Fees .......................................... $34,915

Total Charges and Disbursements ........................... $266

Credit .............................................. ($2,472)

Grand Total .......................................... <u>$32,702</u>

## TIME SUMMARY - - ALL MATTERS
### ENESCO GROUP, INC. (DIP): July, 2007

**MATTER #1 General Corporate Advice**                    Bill No: 1172830

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GEORGE N. PANAGAKIS | $810 | 5.00 | $4,050.00 |
| TOTAL PARTNER | | 5.00 | $4,050.00 |
| **MATTER TOTAL** | | 5.00 | $4,050.00 |

B43

**TIME SUMMARY - - ALL MATTERS**
**ENESCO GROUP, INC. (DIP): July, 2007**

**MATTER #3   Asset Dispositions (General)**          Bill No: 1172830

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **COUNSEL** | | | |
| STEPHEN D. WILLIAMSON | $595 | 32.00 | $19,040.00 |
| **TOTAL COUNSEL** | | **32.00** | **$19,040.00** |
| **LEGAL ASSISTANT** | | | |
| LEGAL ASSISTANT @ | $250 | 0.50 | $   125.00 |
| **TOTAL LEGAL ASSISTANTS** | | **0.50** | **$   125.00** |
| **MATTER TOTAL** | | **32.50** | **$19,165.00** |

**TIME SUMMARY - - ALL MATTERS**
**ENESCO GROUP, INC. (DIP): July, 2007**

**MATTER #8  Case Administration**                      **Bill No: 1172830**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **COUNSEL** | | | |
| STEPHEN D. WILLIAMSON | $596 | 0.70 | $ 417.00 |
| **TOTAL COUNSEL** | | 0.70 | $ 417.00 |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $250 | 2.40 | $ 600.00 |
| **TOTAL LEGAL ASSISTANTS** | | 2.40 | $ 600.00 |
| **MATTER TOTAL** | | **3.10** | **$1,017.00** |

B43

**TIME SUMMARY - - ALL MATTERS**
**ENESCO GROUP, INC. (DIP): July, 2007**

**MATTER #33  Retention/Fee Matters (SASM&F)**                       **Bill No: 1172830**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GEORGE N. PANAGAKIS | $810 | 0.40 | $   324.00 |
| **TOTAL PARTNER** | | 0.40 | $   324.00 |
| **COUNSEL** | | | |
| STEPHEN D. WILLIAMSON | $595 | 9.50 | $ 5,653.00 |
| **TOTAL COUNSEL** | | 9.50 | $ 5,653.00 |
| **ASSOCIATE** | | | |
| LAVERNE F. HILL | $390 | 11.30 | $ 4,407.00 |
| **TOTAL ASSOCIATE** | | 11.30 | $ 4,407.00 |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $80 | 0.30 | $    24.00 |
| LEGAL ASSISTANT @ | 250 | 1.10 | 275.00 |
| **TOTAL LEGAL ASSISTANTS** | | 1.40 | $   299.00 |
| **MATTER TOTAL** | | 22.60 | $10,683.00 |
| **CLIENT TOTAL** | | 63.20 | $34,915.00 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Enesco Group, Inc. (DIP)**                                     **Bill Date: 09/05/07**
**General Corporate Advice**                                     **Bill Number: 1172830**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| PANAGAKIS GN | 05/03/07 | 0.30 | ATTENTION TO PLAN AND NEXT STEPS (.3). |
| PANAGAKIS GN | 05/21/07 | 1.10 | CALL WITH L. CAMPANARO (.4); PARTICIPATE ON PORTION OF BOARD CALL (.7). |
| PANAGAKIS GN | 05/29/07 | 0.20 | ATTENTION TO PLAN ISSUES (.2). |
| PANAGAKIS GN | 06/04/07 | 1.20 | PARTICIPATE ON BOARD CALL (1.2). |
| PANAGAKIS GN | 06/07/07 | 0.40 | ATTENTION TO PLAN STRUCTURE (.4). |
| PANAGAKIS GN | 06/14/07 | 0.50 | REVIEW AND COMMENT ON PLAN (.5). |
| PANAGAKIS GN | 06/20/07 | 0.80 | MEET WITH B. BERISH REGARDING PLAN (.5); DISCUSS SAME WITH B. SHAW (.3). |
| PANAGAKIS GN | 06/26/07 | 0.50 | REVIEW B. BEARISH EMAIL REGARDING POTENTIAL REVISIONS TO PLAN AND CONSIDER RESPONSE TO SAME. (.5). |
|  |  | 5.00 |  |
| **Total Partner** |  | **5.00** |  |
| **TOTAL TIME** |  | **5.00** |  |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Enesco Group, Inc. (DIP)                                          Bill Date: 09/05/07
Asset Dispositions (General)                                      Bill Number: 1172830

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| WILLIAMSON SD | 05/01/07 | 0.40 | ATTENDED TO ISSUES REGARDING UPS AND PUBLICATIONS INTERNATIONAL CLAIMS DISPUTES (.4). |
| WILLIAMSON SD | 05/04/07 | 1.60 | GATHERED DOCUMENTS AND INFORMATION REQUESTED BY UPS IN CONNECTION WITH CURE CLAIM DISPUTE (.8); PREPARED CORRESPONDENCE TO UPS REGARDING SAME (.3); REVIEWED UPS PROOF OF CLAIM (.1); CONTINUED ATTEMPTS TO RESOLVE UPS CLAIMS ISSUES (.4). |
| WILLIAMSON SD | 05/08/07 | 0.90 | REVIEWED CORRESPONDENCE FROM A. FLETCHER REGARDING UPS CLAIMS DISPUTE (.1); ATTENDED TO ISSUES RAISED THEREIN (.3); TELECONFERENCE WITH J. MORGAN REGARDING PUBLICATIONS INTERNATIONAL (.3); ATTENDED TO ISSUES RAISED THEREIN (.2). |
| WILLIAMSON SD | 05/09/07 | 1.80 | CONTINUED WORKING TO RESOLVE UPS CLAIMS ISSUES (.4); CORRESPONDENCE WITH COUNSEL FOR UPS REGARDING SAME (.2); REVIEWED CORRESPONDENCE FROM A. FLETCHER REGARDING SAME (.1); PREPARED CORRESPONDENCE TO M. BORUTA REGARDING PUBLICATIONS INTERNATIONAL (.2); TELECONFERENCE WITH M. GRAUL REGARDING SAME (.2); TELECONFERENCE WITH COUNSEL FOR LICENSOR M. ENGELBRIGHT (.3); ATTEMPTED TO RESOLVE ISSUES RAISED DURING SUCH CALL (.4). |
| WILLIAMSON SD | 05/10/07 | 1.10 | PREPARED CORRESPONDENCE TO COUNSEL FOR JIM SHORE REGARDING PROPOSED STIPULATION (.1); REVIEWED DOCUMENTS PROVIDED IN RESPONSE (.2); PREPARED CORRESPONDENCE TO M. BORUTA AND COUNSEL FOR TINICUM REGARDING PROPOSED STIPULATION (.2); ATTENDED TO ISSUES RAISED IN RESPONSE (.3); TELECONFERENCE WITH S. KIM REGARDING SAME (.3). |
| WILLIAMSON SD | 05/11/07 | 0.70 | REVIEWED INFORMATION PROVIDED BY UPS REGARDING THEIR CLAIM (.3); TELECONFERENCE WITH A. FLETCHER REGARDING SAME (.2); EXCHANGED CORRESPONDENCE WITH J. MORGAN REGARDING PUBLICATIONS INTERNATIONAL (.2). |
| WILLIAMSON SD | 05/14/07 | 0.80 | PREPARED FOR 5/1 HEARING (.8). |
| WILLIAMSON SD | 05/18/07 | 0.40 | ATTENDED TO ONGOING CLAIMS ISSUES AND ATTEMPTED TO RESOLVE SAME (.4). |
| WILLIAMSON SD | 05/21/07 | 0.70 | REVIEWED AND REVISED PROPOSED JIM SHORE STIPULATION AND ORDER (.5); PREPARED CORRESPONDENCE TO M. BORUTA, S. KIM AND S. ORZULA REGARDING SAME (.2). |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| WILLIAMSON SD | 05/23/07 | 0.80 | WORKED ON ISSUES REGARDING PUBLICATIONS INTERNATIONAL (.3); FURTHER REVISED PROPOSED JIM SHORE STIPULATION IN RESPONSE TO COMMENTS RECEIVED (.3); ATTENDED TO ISSUES REGARDING SAME (.2). |
| WILLIAMSON SD | 05/24/07 | 0.90 | TELECONFERENCE WITH M. BORUTA REGARDING JIM SHORE, PUBLICATIONS INTERNATIONAL AND OTHER ISSUES (.4); ATTENDED TO ISSUES RAISED AND DISCUSSED DURING SUCH CALL (.5). |
| WILLIAMSON SD | 06/04/07 | 0.80 | WORKED ON RESOLVING REMAINING SALE OBJECTIONS AND CURE ISSUES (.8). |
| WILLIAMSON SD | 06/05/07 | 1.10 | REVISED PROPOSED JIM SHORE STIPULATION (.6); PREPARED ELECTRONIC CORRESPONDENCE TO S. KIM AND M. BORUTA REGARDIN SAME (.2); TELECONFERENCE WITH M. GRAUL REGARDING PUBLICATIONS INTERNATIONAL ISSUES (.3). |
| WILLIAMSON SD | 06/06/07 | 3.60 | CONTINUED WORKING TO RESOLVE REMAINING CURE/SALE OBJECTIONS (1.1); TELECONFERENCES WITH M. BORUTA AND S. ORZULA REGARDING JIM SHORE (.4); REVISED DRAFT SETTLEMENT STIP PER SUCH CONVERSATIONS (.4); PREPARED EMAIL CORRESPONDENCE TO ACCOMPANY REVISED STIP (.2); ATTENDED TO ISSUES REGARDING DISCLOSURE STATEMENT DESCRIPTION OF ASSET DISPOSITION (.5); TELECONFERENCE WITH F. FEINSTEIN REGARDING UPS CONTRACTS (.3); ATTENDED TO ISSUES RAISED DURING SUCH CALL (.4); REVIEWED ASSIGNMENT AGREEMENT REGARDING CONTRACTS (.2); EMAIL CORRESPONDENCE WITH F. FEINSTEIN REGARDING SAME (.1). |
| WILLIAMSON SD | 06/07/07 | 1.40 | CONTINUED WORKING ON DISCLOSURE STATEMENT DESCRIPTION FOR ASSET DIVESTITURE (.7); CONTINUED WORKING TO RESOLVE UPS ISSUES (.4); ATTENDED TO ISSUES REGARDING PUBLICATIONS INTERNATIONAL (.3). |
| WILLIAMSON SD | 06/08/07 | 0.60 | CONTINUED WORKING TO RESOLVE PUBLICATIONS INTERNATIONAL'S ISSUES (.6). |
| WILLIAMSON SD | 06/12/07 | 0.80 | REVIEWED AND ANALYZED CORRESPONDENCE FROM F. FEINSTEIN REGARDING UPS (.2); PREPARED EMAIL CORRESPONDENCE TO A. FLETCHER REGARDING SAME (.1); CONTINUED WORKING ON PUBLICATIONS INTERNATIONAL CLAIMS ISSUES (.5). |
| WILLIAMSON SD | 06/13/07 | 1.70 | ATTENDED TO ISSUES REGARDING JIM SHORE CLAIMS (.3); WORKED TO RESOLVE UPS ISSUES (.7); CONTINUED WORKING ON PUB. INT'L. CLAIMS ISSUES (.3); REVIEWED REVISED JIM SHORE LANGUAGE AND ATTENDED TO SAME (.4). |

D02B

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

| | | | |
|---|---|---|---|
| WILLIAMSON SD | 06/15/07 | 0.70 | WORKED TO RESOLVE REMAINING ISSUES REGARDING PUBLICATIONS INTERNATIONAL (.7). |
| WILLIAMSON SD | 06/18/07 | 1.70 | DRAFTED SETTLEMENT STIPULATION AND ORDER WITH PUBLICATIONS INTERNATIONAL (.6); ATTENDED TO ISSUES REGARDING SAME (.6); ATTENDED TO JIM SHORE ISSUES (.3).; REVIEWED PROPOSED UPS STIPULATION (.2). |
| WILLIAMSON SD | 06/19/07 | 3.10 | CONTINUED WORKING ON ISSUES REGARDING PUBLICATIONS INTERNATIONAL (.8); WORKED TO RESOLVE REMAINING ISSUES REGARDING UPS AND JIM SHORE (1.3); TELECONFERENCE WITH M. BORUTA REGARDING VARIOUS ISSUES (.4); REVISED PUBLICATIONS INTERNATIONAL STIPULATION (.6). |
| WILLIAMSON SD | 06/20/07 | 1.20 | PREPARED FOR AND ATTENDED MONTHLY OMNIBUS HEARING (1.2). |
| WILLIAMSON SD | 06/21/07 | 0.90 | TELECONFERENCE WITH J. MORGAN REGARDING REMAINING PUB. INT'L. ISSUES. (3); ATTENDED TO SUCH ISSUES (.3); REVISED PUB. INT'T. STIPULATION PER COMMENTS OF M. BORUTA (.3). |
| WILLIAMSON SD | 06/22/07 | 0.50 | CONTINUED WORKING ON PUB. INT'L. ISSUES. |
| WILLIAMSON SD | 06/25/07 | 0.30 | ATTENDED TO STATUS OF PUB. INT. MATTER. |
| WILLIAMSON SD | 06/26/07 | 0.40 | FINALIZED PUB. INT'L. STIPULATION (.4). |
| WILLIAMSON SD | 06/29/07 | 0.20 | PREPARED CORRESPONDENCE TO CREDITORS' COMMITTEE COUNSEL REGARDING PROPOSED PUB. INT'L. STIPULATION AND ORDER (.2). |
| WILLIAMSON SD | 07/02/07 | 1.30 | TELECONFERENCE WITH B. BERISH AND P. CLISHAM REGARDING PUBLICATIONS INTERNATIONAL (.3); REVISED STIPULATION AND ORDER TO RESOLVE ISSUES RAISED DURING SUCH CONVERSATIONS (.6); CORRESPONDENCE WITH S. SCHWARTZ, COUNSEL FOR PUBLICATIONS INTERNATIONAL (.4). |
| WILLIAMSON SD | 07/10/07 | 1.00 | ATTENDED TO FINAL ISSUES REGARDING PUBLICATIONS INTERNATIONAL (.4); DRAFTED LETTER TO JUDGE GOLDGAR REGARDING SAME (.3); ATTENDED TO ISSUES REGARDING PUBLICATIONS INTERNATIONAL AGREED ORDER (.3). |
| WILLIAMSON SD | 07/18/07 | 0.60 | RESOLVED REMAINING ISSUES REGARDING CURE CLAIMS (.6). |
| | | **32.00** | |
| **Total Counsel** | | **32.00** | |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| MIRKOVIC M | 07/11/07 | 0.50 | PREPARE STIPULATION AND ORDER REGARDING PUBLICATIONS INTERNATIONAL LIMITED OBJECTION (.3); ATTENTION TO SERVICE OF SAME (.2). |
| | | 0.50 | |
| Total Legal Assistant | | 0.50 | |
| TOTAL TIME | | **32.50** | |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Enesco Group, Inc. (DIP)                                    Bill Date: 09/05/07
Case Administration                                        Bill Number: 1172830

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| WILLIAMSON SD | 05/21/07 | 0.30 | REVIEWED RECENTLY FILED PLEADINGS (.3). |
| WILLIAMSON SD | 05/25/07 | 0.40 | REVIEWED AND ANALYZED POTENTIAL ISSUES REGARDING PLAN OF LIQUIDATION (.4). |
| | | 0.70 | |
| **Total Counsel** | | **0.70** | |
| MIRKOVIC M | 05/14/07 | 0.50 | PREPARE AND FILE AGENDA FOR 5/15/07 OMNIBUS HEARING (.3); PREPARE FOR SERVICE OF SAME (.2). |
| MIRKOVIC M | 06/19/07 | 1.00 | PREPARE AGENDA FOR 6/20/07 OMNIBUS HEARING (.4); PREPARE FOR SERVICE OF SAME (.2); PREPARE CERTIFICATE OF SERVICE FOR SAME (.4). |
| MIRKOVIC M | 06/26/07 | 0.90 | EMAIL COMMUNICATION WITH P. CLISHAM REGARDING SERVICE OF ORDERS (.1); PREPARE FOR SERVICE OF ORDERS REGARDING SKADDEN FIRST INTERIM FEE APPLICATION AND AGREED ORDERS REGARDING CURE AMOUNTS (.4); PREPARE CERTIFICATE OF SERVICE REGARDING SAME (.4). |
| | | 2.40 | |
| **Total Legal Assistant** | | **2.40** | |
| **TOTAL TIME** | | **3.10** | |

6

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Enesco Group, Inc. (DIP)                                    Bill Date: 09/05/07
Retention/Fee Matters (SASM&F)                             Bill Number: 1172830

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| PANAGAKIS GN | 06/20/07 | 0.40 | PREPARE FOR (.2) AND ATTEND (.2) FEE HEARING. |
| | | 0.40 | |
| **Total Partner** | | **0.40** | |
| WILLIAMSON SD | 05/04/07 | 0.60 | WORKED ON AND RESOLVED ISSUES REGARDING FIRST INTERIM FEE APPLICATION (.6). |
| WILLIAMSON SD | 05/11/07 | 1.30 | WORKED ON AND RESOLVED ISSUES REGARDING FIRST INTERIM FEE APPLICATION (.5); REVIEWED INITIAL DRAFT OF SAME (.8). |
| WILLIAMSON SD | 05/29/07 | 2.70 | REVISED FIRST INTERIM FEE APPLICATION (2.7). |
| WILLIAMSON SD | 05/30/07 | 1.90 | CONTINUED REVISING AND REDRAFTING AND FINALIZED DRAFT FIRST INTERIM FEE APPLICATION (1.7); ATTENDED TO ISSUES REGARDING SAME (.2). |
| WILLIAMSON SD | 05/31/07 | 2.50 | REVISED FIRST INTERIM FEE APPLICATION PER COMMENTS RECEIVED (.7); FINALIZED SAME AND PREPARED SAME FOR FILING (1.4); ATTENDED TO ISSUES REGARDING FILING AND SERVICE OF SAME (.4). |
| WILLIAMSON SD | 06/19/07 | 0.50 | PREPARED FOR 6/20 FEE APPLICATION HEARING. |
| | | 9.50 | |
| **Total Counsel** | | **9.50** | |
| HILL LF | 05/10/07 | 6.50 | CONTINUE DRAFTING AND REVISING FEE APPLICATION DOCUMENTS. |
| HILL LF | 05/11/07 | 4.80 | CONTINUE DRAFTING AND REVISING FEE APPLICATION DOCUMENTS. |
| | | 11.30 | |
| **Total Associate** | | **11.30** | |
| MIRKOVIC M | 05/31/07 | 1.10 | PREPARE FEE APPLICATION (.8); ATTENTION TO SERVICE OF SAME (.3). |
| | | 1.10 | |
| **Total Legal Assistant** | | **1.10** | |
| WORSCHECK TM | 07/19/07 | 0.30 | PREPARE BANKRUPTCY RETENTION SCREENING QUESTIONNAIRES FOR OFF-SITE DELIVERY (0.3). |
| | | 0.30 | |
| **Total Legal Assistant Support** | | **0.30** | |

D02B

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**TOTAL TIME**                    **22.60**


**CLIENT TOTAL**                  **63.20**

D02B

Skadden, Arps, Slate, Meagher & Flom llp and affiliates

**Enesco Group, Inc. (DIP)**                                    **Bill Date: 09/05/07**
**General Corporate Advice**                                    **Bill Number: 1172830**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/22/07 | Copy Center, D | 2.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2.00** |
| | | **TOTAL MATTER** | **$2.00** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Enesco Group, Inc. (DIP)**
**Asset Dispositions (General)**

**Bill Date: 09/05/07**
**Bill Number: 1172830**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 07/10/07 | Pacer Service Center | 7.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$7.00** |
| | | **TOTAL MATTER** | **$7.00** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Enesco Group, Inc. (DIP)                              Bill Date: 09/05/07
Case Administration                                  Bill Number: 1172830

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/22/07 | Copy Center, D | 29.41 |
| In-house Reproduction | 07/13/07 | Copy Center, D | 1.59 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$31.00** |
| Local Travel | 02/12/07 | Panagakis GN | 60.00 |
| | | **TOTAL LOCAL TRAVEL** | **$60.00** |
| Outside Research/Internet Services | 07/10/07 | Pacer Service Center | 10.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$10.00** |
| Wireless - Mobile/Cellular/Pager | 03/27/07 | Panagakis GN | 50.31 |
| Wireless - Mobile/Cellular/Pager | 04/26/07 | Panagakis GN | 9.69 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$60.00** |
| | | **TOTAL MATTER** | **$161.00** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Enesco Group, Inc. (DIP)**                                **Bill Date: 09/05/07**
**Financing (DIP and Emergence)**                           **Bill Number: 1172830**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/15/07 | Copy Center, D | 2.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2.00** |
| Messengers/ Courier | 06/12/07 | Dist Serv/Mail/Page, D | 9.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$9.00** |
| Wireless - Mobile/Cellular/Pager | 02/28/07 | Hassan SS | 4.14 |
| Wireless - Mobile/Cellular/Pager | 02/28/07 | Hassan SS | 0.86 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$5.00** |
| | | **TOTAL MATTER** | **$16.00** |

DD01

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Enesco Group, Inc. (DIP)                                    Bill Date: 09/05/07
Retention/Fee Matters (SASM&F)                             Bill Number: 1172830

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/11/07 | Copy Center, D | 27.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$27.00** |
| Car Service (manual entries) | 05/10/07 | Flash Cab Co. | 13.00 |
| | | **TOTAL CAR SERVICE (MANUAL ENTRIES)** | **$13.00** |
| Business Meals | 05/10/07 | OSMIO | 40.00 |
| | | **TOTAL BUSINESS MEALS** | **$40.00** |
| | | **TOTAL MATTER** | **$80.00** |
| | | **TOTAL CLIENT** | **$266.00** |

DD01