IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ENESCO GROUP, INC., | ) | Case No. 07-00565 |
| et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable A. Benjamin Goldgar |
| | ) | Hearing Date: October 1, 2008 |
| | ) | Hearing Time: 10:00 a.m. |

**ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO ADELMAN & GETTLEMAN, LTD., AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

At Chicago, Illinois, in said District, this 1ST day of October, 2008.

THIS CAUSE coming to be heard upon the Motion of Adelman & Gettleman, Ltd., ("**A&G**") for the Allowance and Payment of Final Compensation and Reimbursement of Expenses as Counsel to the Chapter 11 Official Committee of Unsecured Creditors (the "**Fee Motion**") of Enesco Group, Inc., et al. (collectively, the "**Debtors**"); capitalized terms not otherwise defined herein shall have the meaning set forth in the Fee Motion; due written notice of the hearing on the Fee Motion having been given as reflected in that certificate of service filed on September 11, 2008, and that certificate of service filed with the Fee Motion; no objection to the Fee Motion having been filed or presented; and the Court having reviewed and considered the Fee Motion, having jurisdiction over this matter, and being otherwise fully advised:

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

A.   The Fee Motion be and is hereby granted;

B.   A&G be and is hereby awarded final compensation in the amount of Three Hundred Twenty Thousand, One Hundred Thirty-Three and 66/100 Dollars ($320,130.66), and reimbursement of actual and necessary expenses in the aggregate amount of Three Thousand Nine Hundred Eighty-One and 17/100 Dollars ($3,981.17), and such final compensation and reimbursement of expenses be and is hereby allowed and approved under sections 330,

503(b)(1), 507(a)(2), and 726(a)(1) of the United States Bankruptcy Code;

C.  The Trustee be and is hereby authorized and directed to remit payment to A&G in the amount of Six Thousand Seven Hundred Twenty Seven and 23/100 Dollars ($6,727.23) (the amount of the final compensation award and expenses still outstanding and unpaid after application of the amounts previously paid to A&G) immediately upon the entry of this Order; and

D.  The notice given of the hearing on the Fee Motion is found to be adequate and reasonable under the circumstances and no further notice is or shall be required.

ENTER:

_____
U.S. Bankruptcy Judge

10/1/08

This Order prepared by:

BRAD A. BERISH, ESQ (ARDC #06200891)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
312/435-1050
Attorneys for Official Committee of Unsecured Creditors

80290.1

2