IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Case No. 07-0565 |
| | ) | Chapter 11 |
| ENESCO GROUP, INC., | ) | Hon. A. Benjamin Goldgar |
| et al., | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hearing Date: October 1, 2008 |
| | ) | Hearing Time: 10:00 a.m. |

**ORDER APPROVING THIRD AND FINAL APPLICATION FOR THE
ALLOWANCE AND PAYMENT OF FEES AND EXPENSES INCURRED
BY SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC**

Upon consideration of the application (the "Application") of Shaw Gussis[1] requesting the entry of an order pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), (i), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for (i) the final allowance of: $36,790.50 in compensation for professional services rendered by Shaw Gussis, as counsel to the Debtors during the Application Period and $216.53 for actual costs incurred incident to those services and (ii) final allowance of all fees and expenses previously allowed Shaw Gussis on an interim basis; due and proper notice of the Application having been provided; the Court having jurisdiction to hear and determine the Application; it appearing that there is good cause to grant the relief requested; there being no objection to the requested relief, it is hereby ORDERED as follows:

(i) The Application is allowed.

(ii) Notice of the Application as provided for therein is sufficient and further notice is waived.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

{5941 ORD A0215782.DOC}

(iii)   Shaw Gussis is herewith allowed, as $36,790.50 in final compensation for the Application Period.

(iv)   Shaw Gussis is herewith allowed $216.53 in final expense reimbursement for the Application Period.

(v)   All fees and expenses previously allowed Shaw Gussis on an interim basis are allowed as final.

(vi)   Shaw Gussis is authorized and directed to apply the Retainer to the unpaid fees and expenses allowed hereunder.

(vii)   Shaw Gussis is allowed a chapter 11 administrative claim in the amount of $4,434.50.

ENTER:

Dated: 10/1/08

_____
United States Bankruptcy Judge

**Prepared By**:

Patrick A. Clisham (#6277264)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 980-3836
Fax: (312) 275-0584
pclisham@shawgussis.com

{5941 ORD A0215782.DOC}