**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter:** 7 |
| | ) | |
| **ENESCO GROUP, INC.,** *et al.*, | ) | **Case No.:** 07-0565 |
| | ) | **Judge: Hon. A. Benjamin Goldgar** |
| | ) | **Hrg: June 29, 2009** |
| Debtors. | ) | 9:30 a.m. |

<u>**NOTICE OF MOTION**</u>

**TO:   ATTACHED SERVICE LIST**

**PLEASE TAKE NOTICE** that on June 29, 2009, at the hour of 9:30 A.M., we shall appear before the Honorable A. Benjamin Goldgar, U.S. Bankruptcy Judge, in Courtroom 613 at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or any other judge sitting in his place and stead, and then and there present the Trustee's Motion for Order Pursuant to 11 U.S.C. §§105(a) and 503 (A) Establishing a Final Date for Filing Requests for Allowance of Chapter 11 Administrative Expenses, and (B) Approving the Form and Manner of Notice thereof, a copy of which is hereby served upon you.

*AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD*

David R, Brown, Trustee
SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC
Wheaton Executive Center
400 S. County Farm Road, Ste. 330
Wheaton, Illinois 60187                         /s/ David R. Brown
(630) 510-0000                                   David R. Brown, Trustee

<u>**CERTIFICATE OF SERVICE**</u>

I, David R. Brown, an attorney, on oath state that I caused to be served this Notice, Motion and proposed Order on all parties shown by ECF service or by depositing same in the U.S. Mail at 400 S. County Farm Road, Wheaton, Illinois, with proper postage prepaid, on or before 5:45 p.m. on June 18, 2009.

/s/ David R. Brown

## SERVICE LIST

**Email Service:**                                    **Representing:**


William T. Neary, Esq.                                United States Trustee
USTPRegion11.ES.ECF@usdoj.gov

Brian L. Shaw, Esq.                                   Enesco Group, Inc.
bshaw100@shawgussis.com

George Panagakis, Esq.                                Enesco Group, Inc.
gpanagak@skadden.com

Gregory J. Stull, Esq.                                Department of Treasury, IRS
gregory.j.stull@irscounsel.treas.gov

Mindy D. Cohn, Esq.                                   EGI Acquisition, LLC
mcohn@winston.com

Jolene M. Wise, Esq.                                  Securities & Exchange Comm.
wisej@sec.gov

Norman B. Newman, Esq.                                Publications International, Ltd.
nnewman@muchshelist.com

Douglas J. Lipke, Esq.                                Enesco Group, Inc.
dlipke@vedderprice.com

Richard S. Lauter, Esq.                               Victradco, Ltd.
rlauter@freebornpeters.com

John T. McEnroe, Esq.                                 Special Counsel to Enesco
jmcenroe@vedderprice.com

Lawrence V. Gelber, Esq.                              Tinicum
Lawrence.gelber@srz.com

Raniero D'Aversa, Jr., Esq.                           Lasalle Bank, NA
rdaversa@mayerbrown.com

Craig E. Reimer, Esq.                                 Lasalle Bank, NA
creimer@mayerbrownrowe.com

Patrick J. Trostle, Esq.                              Bank of America

Patrick.trostle@bingham.com

Richard A. Chesley, Esq.                              Bank of America
richardchesley@paulhastings.com

Howard L. Adelman, Esq.                              Creditors' Committee
hla@ag-ltd.com

Charles J. Filardi, Jr., Esq.                        Fed Ex
charles@filardi-law.com

Benjamin L. Schneider, Esq.                          United Parcel Service
bschneid@quarles.com

Maureen Donahoe                                      CCV Restructuring, LLC
mdonahoe@ccvrestructuring.com

D. Alexander Darcy Esq.                              Ad Hoc Committee
adarcy@askborst.com

Joel R. Nathan, Esq.                                 U.S. Attorney
Joel.nathan@usdoj.gov

Dan Dooley                                            Committee Financial Advisor
ddooley@morris-andersen.com

Fred R. Harbecke, Edq.                               Amcore Bank
fredrharbecke@sbcglobal.net

Victor W. Newmark, Esq.                              AmericasMart Real Estate
bankruptcy@evict.net

Christopher J. Lawhorn, Esq.                         Maritz, Inc.
cjlawhorn@bryancave.com

Bennett S. Silverberg, Esq.                          Epiq Systems, Inc.
bsilverberg@epiqsystems.com

Steven A. Ginther                                    Missouri Dept. of Revenue
ndilecf@mail.dor.state.mo.us

Gregg E. Szilagi, Esq.                               Victradco, Ltd.
gszilagy@lplegal.com

Elizabeth Weller, Esq.                               Dallas County
Dallas.bankruptcy@publicans.com

Gilbert B. Weisman, Esq.                              American Express TRS
notices@becket-lee.com

Neil Herskowitz                                              Riverside Claims LLC
notice@regencap.com


**Mail Service:**


Daniel T. Mueller
Deloitte Tax LLP
111 S. Wacker Drive
Chicago, IL 60606

Epiq Bankruptcy Solutions
824 S. Main Street
Suite 202
Crystal Lake, IL 60014

Marie Meisenbach Graul
1987 Selkirk Court
Inverness, IL 60010

Baker & McKenzie
14th Floor, Hutchison House
10 Harcourt Road
Hong Kong SAR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**


| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter:     7** |
| | ) | |
| **ENESCO GROUP, INC.,** *et al.*, | ) | **Case No.:     07-0565** |
| | ) | **Judge: Hon. A. Benjamin Goldgar** |
| | ) | **Hrg:  June 29, 2009** |
| **Debtors.** | ) | **9:30 a.m.** |


**MOTION TO SET BAR DATE FOR FILING REQUESTS FOR ALLOWANCE OF
ADMINISTRATIVE EXPENSES, AND FOR APPROVAL OF THE FORM AND
MANNER OF NOTICE THEREOF**


NOW COMES David R. Brown, Trustee, ("Trustee") by and through counsel, SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC, and submits this Motion pursuant to 11 U.S.C. §§105(a) and 503 (A) To set a Bar Date for Filing Requests for Allowance of Chapter 11 Administrative Expenses, and (B) Approving the Form and Manner of Notice thereof.   In support hereof, the Trustee respectfully states to the Court as follows:


**Jurisdiction**

1.      This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§157 and 1334(a).  Venue if this case and the Motion is proper pursuant to 28 U.S.C. §1409.  The Motion is a core proceeding as that term is used in 28 U.S.C. §§157(b)(2)(A), (B) and (O).

2.      The statutory predicate for the relief requested herein is §§105(a) and 503 of the Bankruptcy Code, 11 U.S.C. §§101 *et. seq.*(the "Code").


**Background**

3.      On January 12, 2007, Enesco Group, Inc., Gregg Manufacturing, Inc., and Enesco International, Ltd., each filed petitions for relief under Chapter 11 of the Code.

4.    On or about January 12, 2007 this Court entered an Order providing for the joint administration of these three cases.

5.    On February 28, 2007, this Court entered an Order setting the administrative claims bar date of April 30, 2007.

6.    On July 28, 2008, each of these three cases were converted to cases under Chapter 7 of the Code and David R. Brown was appointed as Trustee in each case and continues to serve in that capacity.

7.    On August 13, 2008, the Debtors filed their Rule 1019 Schedules of post-petition debts.

**Requested Relief**

8.    By this Motion, the Trustee requests that this Court establish August 31, 2009 as the last day for any individual or entity who wishes to assert a claim for reimbursement of an administrative expense incurred subsequent to the filing of these case and prior to their conversion to cases under Chapter 7 of the Code (between January 12, 2007 and July 28, 2008), to file a request for allowance of such Administrative Claim.

9.    The establishment of the Administrative Claims Bar Date will provide a benefit to the estate by allowing the Trustee to better analyze the remaining claims and claims distribution and for proper administration of the estate.

10.    The Trustee submits that the procedures and relief requested herein are appropriate because they are reasonably calculated to provide individuals and entities holding or asserting administrative claims against the Debtors with notice of the Administrative Claims Bar Date and ample time within which to file requests for allowance of such administrative claims.

11.    Because the Administrative Bar of April 30, 2007 was set during the Chapter 11, the only creditors who may have Administrative "gap" claims are those creditors listed on the Debtors' Rule 1019 Schedules of post-petition debts.  Accordingly, the Trustee requests that service of this Motion is necessary only to the creditors listed on the Debtor's Rule 1019 and to parties in interest (including all of the professionals previously retained in these cases)..

**WHEREFORE** the Trustee prays that this Court enter an Order setting August 31, 2009 as the Bar Date for the filing of Requests for Payment of Chapter 11 Administrative Expenses in this case, approving the Form and Manner of Notice thereof, and for other an further relief as this Court deems just and equitable.

DATE: June 18, 2009                               Respectfully Submitted,
                                                  David R. Brown, Trustee

                                                  BY: Springer, Brown, Covey, Gaertner & Davis, LLC


                                                  By:    /s/ David R. Brown
                                                         David R. Brown
                                                         One of His Attorneys




David R. Brown, Trustee
SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC
Wheaton Executive Center
400 S. County Farm Road, Ste. 330
Wheaton, Illinois 60187
(630) 510-0000