IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 07-00565 |
| | ) | (Jointly Administered) |
| ENESCO GROUP, INC., *et al.*, | ) | CHAPTER 7 |
| | ) | |
| Debtors. | ) | HON. A. BENJAMIN GOLDGAR |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE**

Cover Sheet for Application for Professional Compensation

**Name of Applicant(s):** David R. Brown, Esq. and the law firm of Springer Brown, LLC

**Authorized to Provide Professional Services to:** David R. Brown, Trustee of the Estate of Enesco Group, Inc., *et al.*, Chapter 7 Bankruptcy No. 07-00565.

**Date of Order Authorizing Employment:** October 1, 2008

**Period for which Compensation is Sought:** September 19, 2008 through February 10, 2015

**Amount of Fees Sought:**                    $ 20,614.00

**Amount of Expense Reimbursement Sought:**        $    0.00

**This is an:**    Interim Application ___    Final Application  X

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is:$____-0-_____.

In re: Enesco Group, Inc.
Chapter 7 no. 07-00565
Cover Sheet for Application for Professional Compensation by Trustee's General Counsel
(PAGE TWO of TWO)

**Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Trustee:**

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| David R. Brown, Attorney (DRB) | $405.00 | 24.3 | $ 9,841.50 |
| Thomas E. Springer, Attorney (TES) | $350.00 | 1.0 | $ 350.00 |
| Michele M. Springer, Attorney (MMS) | $325.00 | 7.8 | $ 812.50 |
| Arthur W. Rummler, Attorney (AWR) | $295.00 | 2.6 | $ 1,003.00 |
| Meredith S. Fox, Attorney (MSF) | $285.00 | 30.2 | $ 8,607.00 |
| | TOTALS | 61.2 | $20,614.00 |

A Summary and Total of Fee Application Categories is Attached hereto.

DATE: July 7, 2015

Respectfully Submitted,
APPLICANT
David R. Brown, Trustee

BY: Springer Brown, LLC

By:    /s/ David R. Brown
       David R. Brown
       One of His Attorneys

David R. Brown
Springer Brown, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL 60187
(630) 510-0000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 07-00565 |
| | ) | (Consolidated) |
| ENESCO GROUP, INC., *et al.*, | ) | CHAPTER 7 |
| | ) | HON. A. BENJAMIN GOLDGAR |
| Debtor, | ) | Hearing Date: 8/5/15 |
| | ) | Hearing Time: 9:30 am |
| | ) | |

## NOTICE OF MOTION

TO:  See Service List

**PLEASE TAKE NOTICE** that on August 5, 2015, at the hour of 9:30 A.M., we shall appear before the Honorable A. Benjamin Goldgar, U.S. Bankruptcy Judge, in Courtroom 642 at the United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, or any other judge sitting in his place and stead, and then and there present the Trustee's Application For Approval of Final Compensation to Springer Brown, LLC, a copy of which is hereby served upon you.

*AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD*

David R. Brown, Atty. No. 3122323
Springer, Brown, L.L.C.
400 South County Farm Road
Suite 330
Wheaton, IL 60187

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the foregoing was served upon the parties listed on the Service List either by ECF service or by depositing a copy thereof in the United States Mail, first class postage prepaid, on or before July 8, 2015.

/s/ David R. Brown /s/

## SERVICE LIST

| Email Service: | Representing: |
|---|---|
| Patrick Layng, Esq.<br>USTPRegion11.ES.ECF@usdoj.gov | United States Trustee |
| Brian L. Shaw, Esq.<br>bshaw100@shawgussis.com | Enesco Group, Inc. |
| George Panagakis, Esq.<br>gpanagak@skadden.com | Enesco Group, Inc. |
| Gregory J. Stull, Esq.<br>gregory.j.stull@irscounsel.treas.gov | Department of Treasury, IRS |
| Mindy D. Cohn, Esq.<br>mcohn@winston.com | EGI Acquisition, LLC |
| Jolene M. Wise, Esq.<br>wisej@sec.gov | Securities & Exchange Comm. |
| Norman B. Newman, Esq.<br>nnewman@muchshelist.com | Publications International, Ltd. |
| Douglas J. Lipke, Esq.<br>dlipke@vedderprice.com | Enesco Group, Inc. |
| Richard S. Lauter, Esq.<br>rlauter@freebornpeters.com | Victradco, Ltd. |
| John T. McEnroe, Esq.<br>jmcenroe@vedderprice.com | Special Counsel to Enesco |
| Lawrence V. Gelber, Esq.<br>Lawrence.gelber@srz.com | Tinicum |
| Raniero D'Aversa, Jr., Esq.<br>rdaversa@mayerbrown.com | Lasalle Bank, NA |
| Craig E. Reimer, Esq.<br>creimer@mayerbrownrowe.com | Lasalle Bank, NA |
| Patrick J. Trostle, Esq.<br>Patrick.trostle@bingham.com | Bank of America |

| | |
|---|---|
| Richard A. Chesley, Esq.<br>richardchesley@paulhastings.com | Bank of America |
| Howard L. Adelman, Esq.<br>hla@ag-ltd.com | Creditors' Committee |
| Charles J. Filardi, Jr., Esq.<br>charles@filardi-law.com | Fed Ex |
| Benjamin L. Schneider, Esq.<br>bschneid@quarles.com | United Parcel Service |
| Maureen Donahoe<br>mdonahoe@ccvrestructuring.com | CCV Restructuring, LLC |
| D. Alexander Darcy Esq.<br>adarcy@askborst.com | Ad Hoc Committee |
| Joel R. Nathan, Esq.<br>Joel.nathan@usdoj.gov | U.S. Attorney |
| Dan Dooley<br>ddooley@morris-andersen.com | Committee Financial Advisor |
| Fred R. Harbecke, Edq.<br>fredrharbecke@sbcglobal.net | Amcore Bank |
| Victor W. Newmark, Esq.<br>bankruptcy@evict.net | AmericasMart Real Estate |
| Christopher J. Lawhorn, Esq.<br>cjlawhorn@bryancave.com | Maritz, Inc. |
| Bennett S. Silverberg, Esq.<br>bsilverberg@epiqsystems.com | Epiq Systems, Inc. |
| Steven A. Ginther<br>ndilecf@mail.dor.state.mo.us | Missouri Dept. of Revenue |
| Gregg E. Szilagi, Esq.<br>gszilagy@lplegal.com | Victradco, Ltd. |
| Elizabeth Weller, Esq.<br>Dallas.bankruptcy@publicans.com | Dallas County |

| | |
|---|---|
| Gilbert B. Weisman, Esq.<br>notices@becket-lee.com | American Express TRS |
| Neil Herskowitz<br>notice@regencap.com | Riverside Claims LLC |

**Mail Service:**

Enesco Group, Inc.
225 Windsor Drive
Itasca, IL 60143

Enesco International Limited
1105 N. Market Street
Suite 1300
P.O. Box 8985
Wilmington, DE 19899

Gregg Manufacturing, Inc.
c/o Enesco Group, Inc.
225 Windsor Drive
Itasca, IL 60143

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 07-00565 |
| | ) | (Jointly Administered) |
| ENESCO GROUP, INC., *et al.*, | ) | CHAPTER 7 |
| | ) | |
| Debtors. | ) | HON. A. BENJAMIN GOLDGAR |

## FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE

**NOW COMES** David R. Brown, Esq. and the law firm of Springer Brown, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, DAVID R. BROWN, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

1. Enesco Group, Inc., Gregg Manufacturing Inc., and Enesco International, Ltd., each filed a voluntary petition for relief under Chapter 11 of the Code on January 12, 2007. Shortly thereafter, this Court entered an Order providing for the joint administration of these three cases.

2. On July 28, 2008 each of these three cases were converted to cases under Chapter 7 of the Code, and pursuant to Rule 2009 of the Federal Rules of Bankruptcy Procedure, Trustee was appointed as interim trustee therein. Trustee has since become the trustee herein.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157. Venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.

4. This request for relief is predicated on Sections 330(a)(1) of the Bankruptcy Code.

5. On October 1, 2008, an Order was entered by this Court authorizing Trustee to employ Springer Brown, LLC (hereinafter "Springer Brown") as his counsel.

6. During the period September 19, 2008 through February 10, 2015, Springer Brown provided services to the Trustee which were reasonable and necessary to the administration of this case, the general nature of which is set forth below and a specific itemization of which is attached hereto and incorporated herein.

## II. CASE STATUS AND NARRATIVE OF LEGAL SERVICES

7. Applicant represented and advised the Trustee on the matters relating to this bankruptcy case. The Applicant has provided a general description of the tasks performed, results achieved and benefit to the estate; and detailed time records in chronological order for each matter with Applicant's time attached hereto Exhibit A. Each professional task for which Applicant seeks compensation is separated into the following three categories:

A. Employment of Professional Persons and Preparation of Fee Applications;

B. General Case Management; and

C. Objections to Claims.

The following narrative description of the project categories explains the necessity and benefit to the estate of each service category and the status of those issues, including all pending litigation:

A. **Employment of Professional Persons and Preparation of Fee Application**
   Time Expended: 23.0 hours; Amount requested: $6,863.50

This category includes services related to the employment of Applicant as counsel to the Trustee, employment of the Special Counsel to the Trustee, Winnie Choy and Baker & McKenzie, employment of Special Counsel to the Trustee, Timothy McLean and Clingen Callow & McLean, employment of Alan Lasko as Accountant to the Trustee. This category additionally includes preparation of the current Fee Application and preparation of the cover sheets, notice and proposed Orders for each of Alan Lasko's seven fee applications. Employment of all above listed professionals to the Trustee were each necessary for the prompt and efficient liquidation of the estate and have contributed to the successful administration of this estate.

B. **General Case Administration**

**Time Expended:   4.7 hours; Amount requested:   $ 3,807.00**

This category includes services related to the general case administration. Applicant drafted a Motion to Authorize Trustee to Votes Shares of Enesco International and serve as Director which order was entered by this Court on December 1, 2008. Applicant similarly filed an application for Trustee to vote the shares of Stanley Home Produtos de Limpeza, Debtor's Brazilian subsidiary, in order to administer that asset. Applicant further moved consolidated the three separate cases, Enesco Group, Inc., Gregg Manufacturing Inc., and Enesco International, Ltd., which order was entered by the Court on January 7, 2009. Additionally, Applicant drafted a Motion to Approve an Order establishing the final date for fee ch. 11 admin expenses which was approved by the Court on June 29, 2009.

C. **Objections to Claims**

**Time Expended:   33.5 hours; Amount requested:   $ 9,943.50**

This category includes services related to objections to claims. The Trustee reviewed all the claims that were imported from the outside claims service and reviewed the court docket prior to conversion to verify which claims had been disallowed. This task was difficult because

the claim numbers changed in the court's claim register when they were imported from the outside claims service. It was only necessary for the priority claims to be reviewed as that category was the only category that would be receiving a disbursement. Applicant divided the priority claims into categories and first drafted an Omnibus Objection to Administrative Expense claims which covered 30 claims. The Order disallowing/setting the claims to $0 was entered by this Court on October 31, 2012. Next the claims filed as priority wage claims were reviewed. Objections to 47 wage claims were filed. Orders disallowing some of the claims were entered on March 13, 2013 and 26 of the objections were continued to April 3, 2013. The objections were continued again to May 20, 2013 and Orders disallowing the remaining 26 claims were entered by Court on that date.

8. All services in this matter were performed by David R. Brown, billed at the rate of $405.00 per hour, Thomas E. Springer, billed at the rate of $350.00 per hour, Michele M. Springer, billed at the rate of $325.00 per hour, Arthur W. Rummler, billed at the rate of $295.00 per hour, and Meredith S. Fox, billed at the rate of $285.00 per hour. These rates are customary for Springer Brown to charge for such services during this time period.

9. The foregoing compensation rates are comparable to those charged by other practitioners of similar standing, skill and experience in cases of equal complexity. David R. Brown is a 1978 graduate of the University of Chicago Law School, a former associate at Mayer, Brown & Platt, an attorney and former acting Assistant United States Trustee in the Office of the United States Trustee for the Northern District of Illinois, a thirty-two year Panel trustee, and a Member of the firm of Springer Brown, LLC. Thomas E. Springer is a 1991 graduate of DePaul University College of Law, a fifteen year Panel Trustee and a member of the firm of Springer Brown, LLC. Michele M. Springer is a senior associate and has been practicing bankruptcy law

for twenty years. Arthur W. Rummler was an associate admitted to practice in 1991 and Meredith S. Fox was an associate admitted to practice in 2012.

10. The services rendered by Applicant were necessary services that have benefited this estate by providing funds to distribute to creditors and enabling the Trustee to perform his statutory duties. Itemized time entries for all Applicant's services are attached as Exhibit A.

**WHEREFORE**, Applicant, David R. Brown respectfully requests that Attorneys' fees in the amount of $20,197.00 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment as set forth herein for any such other and further relief as this Court deems just and equitable.

DATE: February 10, 2015                    Respectfully submitted:

                                           DAVID R. BROWN, TRUSTEE

                                           By: Springer Brown, LLC


                                           By:  /s/ David R. Brown
                                                One of his Attorneys

David R. Brown
Springer Brown, LLC
Wheaton Executive Center
400 S. County Farm Rd., Ste. 330
Wheaton, IL 60187
630-510-0000