# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ENESCO GROUP, INC.            §   Case No. 07-00565-ABG
                                     §
                                     §
                                     §
Debtor(s)                            §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
__David R. Brown_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 08/17/2016 in Courtroom 642, United States Courthouse,
Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.


   Date Mailed:  07/21/2016         By:  /s/David R. Brown_____
                                                        Trustee

David R. Brown
300 S. County Farm Rd., Ste I
Wheaton, IL  60187
(630) 510-0000

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: ENESCO GROUP, INC. § Case No. 07-00565-ABG
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $ 3,364,489.61

*and approved disbursements of*   $ 1,083,575.20

*leaving a balance on hand of* [1]   $ 2,280,914.41

**Balance on hand:**   $ 2,280,914.41

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 64B | MALCOM S. GRAHAM | 333,225.20 | 0.00 | 0.00 | 0.00 |
| 151B | MALCOLM GRAHAM | 333,225.20 | 0.00 | 0.00 | 0.00 |
| 157B | MARY ENGELBREIT STUDIOS INC | 10,000.00 | 0.00 | 0.00 | 0.00 |
| 259 | BINGHAM MCCUTCHEN LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| 261 | CARMEN MILLAN | 1,500.00 | 0.00 | 0.00 | 0.00 |
| 272 | AIDA I COLON | 200,000.00 | 0.00 | 0.00 | 0.00 |
| 302A | PENNSYLVANIA DEPARTMENT OF REVENUE | 3,330.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 2,280,914.41

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - DAVID R. BROWN | 122,670.72 | 34,761.34 | 87,909.38 |
| Trustee, Expenses - DAVID R. BROWN, | 802.87 | 624.35 | 178.52 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 20,641.00 | 20,641.00 | 0.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO & ASSOCIATES, PC | 237,750.93 | 230,299.03 | 7,451.90 |
| Accountant for Trustee, Expenses - ALAN D. LASKO & ASSOCIATES, PC | 2,485.46 | 2,420.86 | 64.60 |
| Fees, United States Trustee | 4,225.00 | 0.00 | 4,225.00 |
| Other Expenses: AT&T INC. | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee Fees - Timothy M. McLean | 163,229.32 | 154,872.32 | 8,357.00 |

                Total to be paid for chapter 7 administration expenses:     $     108,186.40
                Remaining balance:                                          $   2,172,728.01

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Other Expenses: Franchise Tax Board | 8,853.73 | 0.00 | 8,853.73 |
| Other Expenses: LOUISIANA DEPARTMENT OF REVENUE | 2,259.63 | 0.00 | 2,259.63 |
| Other Expenses: Office of the Attorney General | 3,607.72 | 0.00 | 3,607.72 |
| Other Expenses: STATE OF WISCONSIN DEPARTMENT OF RE | 0.00 | 0.00 | 0.00 |
| Other Expenses: TENNESSEE DEPARTMENT OF REVENUE | 1,044.01 | 0.00 | 1,044.01 |

                Total to be paid for prior chapter administrative expenses:     $     15,765.09
                Remaining balance:                                              $   2,156,962.92

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,206,368.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | OHIO DEPARTMENT OF TAXATION | 0.00 | 0.00 | 0.00 |
| 2B | CDW CORPORATION | 0.00 | 0.00 | 0.00 |
| 5 | OKLAHOMA TAX COMMISSION | 0.00 | 0.00 | 0.00 |
| 11 -2 | R. I DIVISION OF TAXATION | 1,500.00 | 0.00 | 621.44 |
| 17 | OHIO DEPARTMENT OF TAXATION | 2,756.16 | 0.00 | 1,141.86 |
| 19 | COMMONWEALTH OF MASSACHUSETTS | 0.00 | 0.00 | 0.00 |
| 29B | STATE OF FLORIDA - DEPARTMENT OF RE | 0.00 | 0.00 | 0.00 |
| 49 | ILLINOIS DEPARTMENT OF REVENUE | 22.75 | 0.00 | 9.43 |
| 57 | JUSTIN J BRAWKA | 0.00 | 0.00 | 0.00 |
| 64C | MALCOM S. GRAHAM | 0.00 | 0.00 | 0.00 |
| 71B | ILLINOIS DEPARTMENT OF REVENUE | 134,095.75 | 0.00 | 55,554.95 |
| 82 | DEPARTMENT OF TAXATION STATE OF HAWAII | 0.00 | 0.00 | 0.00 |
| 84 | COMMONWEALTH OF MASSACHUSETTS | 456.00 | 0.00 | 188.92 |
| 86B | S. C. DEPARTMENT OF REVENUE | 54.54 | 0.00 | 22.60 |
| 87B | WEST VIRGINIA STATE TAX DIVISION | 0.00 | 0.00 | 0.00 |
| 109 | CITY OF LOS ANGELES | 1,016.77 | 0.00 | 421.24 |
| 111 | STATE OF LOUISIANA | 1,135.09 | 0.00 | 470.26 |
| 112 | ILLINOIS DEPT OF EMPLOYMENT SECURIT | 31,580.72 | 0.00 | 13,083.68 |
| 141 | ABIGAIL MURPHY | 0.00 | 0.00 | 0.00 |
| 148 | UPS SUPPLY CHAIN SOLUTIONS, INC. | 0.00 | 0.00 | 0.00 |
| 151C | MALCOLM GRAHAM | 0.00 | 0.00 | 0.00 |
| 153 | DALLAS MARKET CENTER OPERATING L. P | 13,625.56 | 0.00 | 5,644.98 |
| 156B | BARBARA ALLEN | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 165 | OHIO BUREAU OF WORKERS COMPENSATION | 0.00 | 0.00 | 0.00 |
| 168B | WORKER TRAINING FUND - INDIANA DEPT | 0.00 | 0.00 | 0.00 |
| 175 | MINNESOTA DEPARTMENT OF REVENUE TAX | 0.00 | 0.00 | 0.00 |
| 179B | DEPARTMENT OF THE TREASURY | 4,291,496.02 | 0.00 | 1,777,937.52 |
| 180 | STATE OF NEW JERSEY | 0.00 | 0.00 | 0.00 |
| 181B | STATE OF ORE DEPARTMENT OF REVENUE | 1,851.83 | 0.00 | 767.20 |
| 184B | OREGON DEPARTMENT OF REVENUE | 1,851.83 | 0.00 | 767.20 |
| 186B | PENNSYLVANIA DEPARTMENT OF REVENUE | 16,208.00 | 0.00 | 6,714.86 |
| 191 | STATE OF IOWA | 2,264.00 | 0.00 | 937.96 |
| 197 | L. A. COUNTY TREASURER AND TAX COLL | 1,020.51 | 0.00 | 422.79 |
| 204 | STATE OF CALIFORNIA | 73.62 | 0.00 | 30.50 |
| 214 | DEPARTMENT OF TR STATE OF MICHIGAN | 0.00 | 0.00 | 0.00 |
| 218 | BARBARA ALLEN | 0.00 | 0.00 | 0.00 |
| 220 | NEW YORK STATE DEPARTMENT OF | 283.56 | 0.00 | 117.48 |
| 224 | STATE OF GEORGIA | 14,446.45 | 0.00 | 5,985.07 |
| 225B | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 239 | JULIA CASTELLON | 0.00 | 0.00 | 0.00 |
| 246 | STATE OF CONNECTICUT | 0.00 | 0.00 | 0.00 |
| 271B | PENNSYLVANIA DEPARTMENT OF REVENUE | 11,430.56 | 0.00 | 4,735.60 |
| 274 | CARMEN R. COLON | 0.00 | 0.00 | 0.00 |
| 275 -2 | Mississippi State Tax Commission | 1,642.00 | 0.00 | 680.27 |
| 276 | NEW YORK STATE DEPARTMENT OF | 1,507.32 | 0.00 | 624.47 |
| 281 | STATE OF NEW JERSEY | 0.00 | 0.00 | 0.00 |
| 302 | PENNSYLVANIA DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 |
| 303A | PENNSYLVANIA DEPARTMENT OF REVENUE | 6,138.00 | 0.00 | 2,542.93 |
| 303B | PENNSYLVANIA DEPARTMENT OF | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| | REVENUE | | | |
| 401A | DEPARTMENT OF THE TREASURY | 393,249.38 | 0.00 | 162,920.54 |
| 407A | DEPARTMENT OF THE TREASURY | 276,661.98 | 0.00 | 114,619.17 |
| 409A | DEPARTMENT OF THE TREASURY | 0.00 | 0.00 | 0.00 |

|   |   |
|---|---:|
| Total to be paid for priority claims: | $ 2,156,962.92 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,301,365.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2A | CDW CORPORATION | 0.00 | 0.00 | 0.00 |
| 3 | CORPORATE EXPRESS OFFICE PRODUCTS | 18,778.13 | 0.00 | 0.00 |
| 4 | BUSINESS WIRE, INC. | 0.00 | 0.00 | 0.00 |
| 6 | SOUTHERN CALIFORNIA EDISON COMPANY | 0.00 | 0.00 | 0.00 |
| 7 | LOS ANGELES COUNTY TREASURER AND TA | 0.00 | 0.00 | 0.00 |
| 8 | AT&T CORP | 0.00 | 0.00 | 0.00 |
| 9 | STERLING COMMERCE, INC. | 0.00 | 0.00 | 0.00 |
| 10 | ROADWAY EXPRESS, INC. | 0.00 | 0.00 | 0.00 |
| 12 | AMCORE BANK N. A. | 130,000.00 | 0.00 | 0.00 |
| 13 | RIVERSIDE CLAIMS LLC | 0.00 | 0.00 | 0.00 |
| 14 | RIVERSIDE CLAIMS LLC | 0.00 | 0.00 | 0.00 |
| 15 | SGS US TESTING COMPANY INC. | 0.00 | 0.00 | 0.00 |
| 16 | SGS US TESTING COMPANY INC. | 0.00 | 0.00 | 0.00 |
| 18 | FEDEX FREIGHT EAST | 237.58 | 0.00 | 0.00 |
| 20 | ROBERT HALF MANAGEMENT RESOURCES | 0.00 | 0.00 | 0.00 |
| 21 | DALLAS COUNTY | 12,686.44 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 22 | O.C. TANNER RECOGNITION COMPANY | 0.00 | 0.00 | 0.00 |
| 23 | RIVERSIDE CLAIMS LLC AS ASSIGNEE FO | 0.00 | 0.00 | 0.00 |
| 24 | RIVERSIDE CLAIMS LLC | 0.00 | 0.00 | 0.00 |
| 25 | Hartford Fire Insurance Company | 0.00 | 0.00 | 0.00 |
| 26 | SHANGHAI AUTUMN LIGHT ENTERPRISE CO | 0.00 | 0.00 | 0.00 |
| 27 | AVAYA INC. | 0.00 | 0.00 | 0.00 |
| 28 | COMED CO. | 0.00 | 0.00 | 0.00 |
| 29A | STATE OF FLORIDA - DEPARTMENT OF RE | 50.00 | 0.00 | 0.00 |
| 30 | AMERICAN INTERNATIONAL SURPLUS LINE | 0.00 | 0.00 | 0.00 |
| 31 | STANLEY R JURKOWSKI | 0.00 | 0.00 | 0.00 |
| 32 | RIVERSIDE CLAIMS LLC | 0.00 | 0.00 | 0.00 |
| 33 | GRESHAM LICENSING LTD. 422 | 0.00 | 0.00 | 0.00 |
| 34 | RIVERSIDE CLAIMS LLC | 0.00 | 0.00 | 0.00 |
| 35 | RIVERSIDE CLAIMS LLC | 0.00 | 0.00 | 0.00 |
| 36 | RIVERSIDE CLAIMS LLC | 0.00 | 0.00 | 0.00 |
| 37 | RIVERSIDE CLAIMS LLC | 0.00 | 0.00 | 0.00 |
| 38 | RIVERSIDE CLAIMS LLC | 0.00 | 0.00 | 0.00 |
| 39 | THE SIGN PALACE INC. | 1,875.00 | 0.00 | 0.00 |
| 40 | VILLAGE OF ELK GROVE (27313013055) | 0.00 | 0.00 | 0.00 |
| 41 | VILLAGE OF ELK GROVE (26802675) | 0.00 | 0.00 | 0.00 |
| 42 | PRESENTECH, INC. | 525.05 | 0.00 | 0.00 |
| 43 | PALLETT MAXX | 12,715.00 | 0.00 | 0.00 |
| 44 | SCHAULS SIGNATURE EVENTS | 2,671.99 | 0.00 | 0.00 |
| 45 | SCHAULS SIGNATURE GOURMET FOODS | 2,209.80 | 0.00 | 0.00 |
| 46 | PACKAGING SERVICES, INC. | 0.00 | 0.00 | 0.00 |
| 47 | MELLON INVESTOR SERVICES LLC | 0.00 | 0.00 | 0.00 |
| 48 | EVERETT N RUSH | 16,985.50 | 0.00 | 0.00 |
| 50 | YELLOW TRANSPORTATION INC. | 0.00 | 0.00 | 0.00 |
| 51 | JERRY BOCK ENTERPRISES | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 52 | DEPARTMENT OF TAXA STATE OF HAWAII | 0.00 | 0.00 | 0.00 |
| 53 | EXEQUITY LLP | 3,000.00 | 0.00 | 0.00 |
| 54 | ANDERSON LOCK COMPANY | 0.00 | 0.00 | 0.00 |
| 55 | DEEP ROCK WATER COMPANY | 485.83 | 0.00 | 0.00 |
| 56 | MOHAWK ELECTRIC CONSTRUCTION COMPAN | 0.00 | 0.00 | 0.00 |
| 58 | COMED | 0.00 | 0.00 | 0.00 |
| 59 | FEDEX FREIGHT EAST | 0.00 | 0.00 | 0.00 |
| 60 | BULKLEY RICHARDSON AND GELINAS | 0.00 | 0.00 | 0.00 |
| 61 | VISION INT-001 | 3,204.00 | 0.00 | 0.00 |
| 62 | IMPRINT ENTERPRISES, INC. | 362.60 | 0.00 | 0.00 |
| 63 | OVER UPS FREIGHT F/K/A MOTOR CARGO | 0.00 | 0.00 | 0.00 |
| 64A | MALCOM S. GRAHAM | 0.00 | 0.00 | 0.00 |
| 65 | MALCOM S. GRAHAM | 0.00 | 0.00 | 0.00 |
| 67 | IRVING KANNETT/ASSOC. | 46.00 | 0.00 | 0.00 |
| 68 | IRVING KANNETT & ASSOCIATES INC | 874.00 | 0.00 | 0.00 |
| 69 | CARLSSON AND COMPANY INC | 4,476.54 | 0.00 | 0.00 |
| 70 | ALDUS DIGITAL GRAPHICS | 113.67 | 0.00 | 0.00 |
| 71A | ILLINOIS DEPARTMENT OF REVENUE | 23,940.00 | 0.00 | 0.00 |
| 72 | MILLER ACE INDUSTRIAL CENTER | 576.79 | 0.00 | 0.00 |
| 73 | SHAKER ADVERTISING | 5,406.21 | 0.00 | 0.00 |
| 74 | THE DISPLAY SHOP, INC | 0.00 | 0.00 | 0.00 |
| 75 | THE DISPLAY SHOP, INC | 5,715.50 | 0.00 | 0.00 |
| 76 | BALEMASTER | 212.02 | 0.00 | 0.00 |
| 77 | SAMPSON V. RATHELL | 0.00 | 0.00 | 0.00 |
| 78 | WADE D. SAMPSON | 0.00 | 0.00 | 0.00 |
| 79 | WADE D. SAMPSON | 0.00 | 0.00 | 0.00 |
| 80 | THE MARKET SOURCE | 0.00 | 0.00 | 0.00 |
| 83 | SCHINDLER ELEVATOR CORPORATION | 0.00 | 0.00 | 0.00 |
| 85 | FEDEX CUSTOMER INFORMATION SERVICE | 0.00 | 0.00 | 0.00 |
| 86A | S. C. DEPARTMENT OF REVENUE | 18.30 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 87A | WEST VIRGINIA STATE TAX DIVISION | 0.00 | 0.00 | 0.00 |
| 88 | FEDEX NATIONAL LTL | 0.00 | 0.00 | 0.00 |
| 89 | ACCURATE DOCUMENT DESTRUCTION INC | 196.00 | 0.00 | 0.00 |
| 90 | FEDEX FREIGHT | 7,702.24 | 0.00 | 0.00 |
| 91 | ON TIME | 437.00 | 0.00 | 0.00 |
| 92 | SOUTHERN CALIFORNIA EDISON COMPANY | 0.00 | 0.00 | 0.00 |
| 94 | LTD. AMERICAN PRESIDENT LINES | 11,029.44 | 0.00 | 0.00 |
| 95 | SHANGHAI AUTUMN LIGHT | 0.00 | 0.00 | 0.00 |
| 96 | ALLEN & DIXON LLP WILDMAN HARROLD | 58,488.50 | 0.00 | 0.00 |
| 97 | JOSEPH WEIL & SONS INC | 0.00 | 0.00 | 0.00 |
| 98 | REMAX INTERNATIONAL RELOCATION SERV | 1,540.00 | 0.00 | 0.00 |
| 99 | MARTHA REEDER | 0.00 | 0.00 | 0.00 |
| 100 | MARTHA REEDER | 0.00 | 0.00 | 0.00 |
| 101 | INTERIOR TROPICAL GARDENS, INC. | 1,598.75 | 0.00 | 0.00 |
| 102 | MICRO MANAGEMENT TECHNOLOGIES | 2,429.47 | 0.00 | 0.00 |
| 103 | JOHN E. KUK, III | 0.00 | 0.00 | 0.00 |
| 104 | BAKER & MCKENZIE LLP | 26,833.50 | 0.00 | 0.00 |
| 105 | JIM SHORE DESIGNS, INC. | 0.00 | 0.00 | 0.00 |
| 106 | JIM SHORE DESIGNS, INC. | 0.00 | 0.00 | 0.00 |
| 107 | IRON MOUNTAIN INFORMATION MANAGEMEN | 0.00 | 0.00 | 0.00 |
| 108 | ORANGE COUNTY TREASURER - TAX COLLE | 0.00 | 0.00 | 0.00 |
| 110 | AT&T CORP | 14,026.92 | 0.00 | 0.00 |
| 113 | BASIL E. ELLIOTT | 0.00 | 0.00 | 0.00 |
| 114 | INTERCALL | 56.89 | 0.00 | 0.00 |
| 115 | SAMUEL CAMINITI, INC. | 400.00 | 0.00 | 0.00 |
| 116 | ANGEL NIEVES | 0.00 | 0.00 | 0.00 |
| 117 | AMERICAN EXPRESS TRAVEL RELATED | 2,591.02 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 118 | WIDEN ENTERPRISES, INC. | 0.00 | 0.00 | 0.00 |
| 119 | WIDEN ENTERPRISES, INC. | 0.00 | 0.00 | 0.00 |
| 120 | AMERICASMART REAL ESTATE, LLC | 15,295.00 | 0.00 | 0.00 |
| 121 | NOVATOR SYSTEMS LTD. | 0.00 | 0.00 | 0.00 |
| 122 | L.A. MART PROPERTIES, LLC | 0.00 | 0.00 | 0.00 |
| 123 | L.A. MART PROPERTIES, LLC | 0.00 | 0.00 | 0.00 |
| 124 | MERCHANDISE MART PROPERTIES | 9,524.90 | 0.00 | 0.00 |
| 125 | MERCHANDISE MART PROPERTIES | 2,544.19 | 0.00 | 0.00 |
| 126 | PREMIERE GLOBAL SERVICES | 0.00 | 0.00 | 0.00 |
| 127 | ALLAN KEIRSTEAD | 112,865.00 | 0.00 | 0.00 |
| 128 | MESIROW FINANCIAL CONSULTING, LLC | 360,235.00 | 0.00 | 0.00 |
| 129 | THE HARRY FOX AGENCY | 0.00 | 0.00 | 0.00 |
| 130 | HARRY FOX AGENCY INC., THE | 0.00 | 0.00 | 0.00 |
| 131 | AS AGENT BANK OF AMERICA N. A. | 0.00 | 0.00 | 0.00 |
| 132 | THE ULTIMATE SOFTWARE GROUP | 10,851.74 | 0.00 | 0.00 |
| 133 | CYNTHIA ROLFE | 111,784.68 | 0.00 | 0.00 |
| 134 | OMNI COMMERCIAL LIGHTING SERVICE, I | 0.00 | 0.00 | 0.00 |
| 135 | SPEAKEASY-001 | 0.00 | 0.00 | 0.00 |
| 136 | AMERICASMART REAL ESTATE, LLC | 0.00 | 0.00 | 0.00 |
| 137 | DEBORAH LEWIS DESIGNS | 40,000.00 | 0.00 | 0.00 |
| 138 | TAPE PRODUCTS | 0.00 | 0.00 | 0.00 |
| 139 | LTD. PUBLICATIONS INTERNATIONAL | 0.00 | 0.00 | 0.00 |
| 140 | THE CITY OF NEW YORK | 5,500.00 | 0.00 | 0.00 |
| 142 | THOMAS J. HAAG | 2,000.00 | 0.00 | 0.00 |
| 143 | SOMERSET LEASING CORP V | 0.00 | 0.00 | 0.00 |
| 144 | AT&T GLOBAL SERVICES | 0.00 | 0.00 | 0.00 |
| 145 | UNITED PARCEL SERVICE, INC. | 0.00 | 0.00 | 0.00 |
| 146 | UPS SUPPLY CHAIN SOLUTIONS, INC. | 0.00 | 0.00 | 0.00 |
| 147 | UNITED PARCEL SERVICE, INC. | 0.00 | 0.00 | 0.00 |
| 149 | TOWN & COUNTRY UTILITIES | 264.00 | 0.00 | 0.00 |
| 151A | MALCOLM GRAHAM | 0.00 | 0.00 | 0.00 |
| 152 | MALCOLM GRAHAM | 121,171.20 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 154 | LLP BDO SEIDMAN | 26,040.00 | 0.00 | 0.00 |
| 155 | BARBARA A. ALLEN | 0.00 | 0.00 | 0.00 |
| 156A | BARBARA ALLEN | 0.00 | 0.00 | 0.00 |
| 157A | MARY ENGELBREIT STUDIOS INC | 0.00 | 0.00 | 0.00 |
| 158 | MARY ENGELBREIT CO., THE | 10,000.00 | 0.00 | 0.00 |
| 159 | L. L. C. BATES & ASSOCIATES | 0.00 | 0.00 | 0.00 |
| 160 | G. WILLIAM SEAWRIGHT | 5,500.00 | 0.00 | 0.00 |
| 161 | THOMAS J. HAAG | 0.00 | 0.00 | 0.00 |
| 162 | CAROL GECKLER | 0.00 | 0.00 | 0.00 |
| 163 | ALLIED WASTE SERVICES | 25,832.85 | 0.00 | 0.00 |
| 164 | CERIDIAN CORPORATION | 0.00 | 0.00 | 0.00 |
| 166 | XEROX CORPORATION | 0.00 | 0.00 | 0.00 |
| 167 | CDW CORPORATION | 0.00 | 0.00 | 0.00 |
| 168A | WORKER TRAINING FUND - INDIANA DEPT | 0.00 | 0.00 | 0.00 |
| 169 | XEROX CORPORATION | 0.00 | 0.00 | 0.00 |
| 170 | GRANT THORNTON LLP | 22,671.00 | 0.00 | 0.00 |
| 171 | AIDA R. SANTA DE CRUZ | 0.00 | 0.00 | 0.00 |
| 172 | G STUDIOS, LLC | 35,000.00 | 0.00 | 0.00 |
| 173 | AMERICAN EXPRESS TRAVEL RELATED | 84,055.31 | 0.00 | 0.00 |
| 174 | XO COMMUNICATIONS INC | 2,657.79 | 0.00 | 0.00 |
| 176 | FLEETCOR TECHNOLOGIES | 206.23 | 0.00 | 0.00 |
| 177 | FEDEX KINKOS | 62.06 | 0.00 | 0.00 |
| 178 | SECRETARIES LIMITED | 39,900.00 | 0.00 | 0.00 |
| 181A | STATE OF ORE DEPARTMENT OF REVENUE | 4,304.06 | 0.00 | 0.00 |
| 182 | STATE OF GEORGIA | 46.45 | 0.00 | 0.00 |
| 183 | WAREHOUSE HOLDINGS (546) | 0.00 | 0.00 | 0.00 |
| 184A | OREGON DEPARTMENT OF REVENUE | 4,304.06 | 0.00 | 0.00 |
| 185 | U. S. CUSTOMS AND BORDER PROTECTION | 2,000.00 | 0.00 | 0.00 |
| 186A | PENNSYLVANIA DEPARTMENT OF REVENUE | 648.00 | 0.00 | 0.00 |
| 187 | DHL EXPRESS (USA), INC. | 8,178.24 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 188 | AMERICAN EXPRESS TRAVEL RELATED | 792.98 | 0.00 | 0.00 |
| 189 | AMERICAN EXPRESS TRAVEL RELATED | 81,233.49 | 0.00 | 0.00 |
| 190 | STATE OF OREGON | 92.26 | 0.00 | 0.00 |
| 193 | AT&T GLOBAL SERVICES | 8,298.56 | 0.00 | 0.00 |
| 194 | AT&T GLOBAL SERVICES | 0.00 | 0.00 | 0.00 |
| 196 | TENNESSEE DEPARTMENT OF REVENUE | 5,461.66 | 0.00 | 0.00 |
| 198 | STATE OF IOWA | 0.00 | 0.00 | 0.00 |
| 199 | TENNESSEE DEPT. OF REVENUE | 0.00 | 0.00 | 0.00 |
| 200 | COMMONWEALTH OF MASSACHUSETTS | 958.14 | 0.00 | 0.00 |
| 201 | GREATER WOODFIELD CVB | 300.00 | 0.00 | 0.00 |
| 202 | CINTAS FIRST AIDE & SAFETY | 333.37 | 0.00 | 0.00 |
| 203 | COCHRANE COMPRESSOR CO. | 147.13 | 0.00 | 0.00 |
| 205 | BATAVIA CONTAINER, INC. | 1,826.67 | 0.00 | 0.00 |
| 206 | STATE OF CALIFORNIA | 4,180.11 | 0.00 | 0.00 |
| 208 | KENTUCKY DEPARTMENT OF REVENUE | 5,788.03 | 0.00 | 0.00 |
| 209 | MARITZ | 4,296.67 | 0.00 | 0.00 |
| 210 | KORN/FERRY INTERNATIONAL | 2,109.00 | 0.00 | 0.00 |
| 211 | TREFLER & SONS | 675.00 | 0.00 | 0.00 |
| 212 | MACARIO AVILA | 0.00 | 0.00 | 0.00 |
| 213 | ROSA AVILA | 0.00 | 0.00 | 0.00 |
| 215 | MADAVOR MEDIA, LLC | 1,790.00 | 0.00 | 0.00 |
| 216 | CONTINENTAL COURIER LTD | 821.44 | 0.00 | 0.00 |
| 217 | LUXOLOGY, LLC | 701.00 | 0.00 | 0.00 |
| 219 | STEPHANIE MALLOW | 0.00 | 0.00 | 0.00 |
| 221 | STATE OF NEW JERSEY | 13,500.00 | 0.00 | 0.00 |
| 222 | JANET KRUMM | 1,215.30 | 0.00 | 0.00 |
| 225A | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 226 | JAMES H. STRAITIFF CUST. | 131.76 | 0.00 | 0.00 |
| 227 | CECILIA R NICHOLS | 0.00 | 0.00 | 0.00 |
| 228 | ESTHER PULIDO | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 229 | MARIA T MASCORRO | 0.00 | 0.00 | 0.00 |
| 230 | JOSE CARABEZ | 0.00 | 0.00 | 0.00 |
| 231 | IRENE ORTIZ | 0.00 | 0.00 | 0.00 |
| 232 | MARTHA E ROMERO | 0.00 | 0.00 | 0.00 |
| 233 | ROSALINA SANCHEZ | 0.00 | 0.00 | 0.00 |
| 234 | JOSE CARABEZ | 0.00 | 0.00 | 0.00 |
| 235 | MILADY CIBRIAN | 0.00 | 0.00 | 0.00 |
| 236 | ISMAEL ORTIZ | 0.00 | 0.00 | 0.00 |
| 237 | ALMA CASTELLON | 0.00 | 0.00 | 0.00 |
| 238 | JOAQUIN HERNANDEZ | 0.00 | 0.00 | 0.00 |
| 240 | VERMONT DEPARTMENT OF TAXES | 1,445.60 | 0.00 | 0.00 |
| 241 | AT&T GLOBAL SERVICES | 15,528.56 | 0.00 | 0.00 |
| 242 | MARIA GARCIA | 0.00 | 0.00 | 0.00 |
| 243 | ROSARIO MACEDO | 0.00 | 0.00 | 0.00 |
| 244 | LLP BDO SEIDMAN | 26,040.00 | 0.00 | 0.00 |
| 247 | ALLAN G. KEIRSTEAD | 0.00 | 0.00 | 0.00 |
| 248 | JOAQUIN HERNANDEZ | 0.00 | 0.00 | 0.00 |
| 249 | ELIVIER MARTINEZ | 20,000.00 | 0.00 | 0.00 |
| 250 | CLAUDIA ALMONTE | 0.00 | 0.00 | 0.00 |
| 251 | NYSE MARKET, INC | 38,000.00 | 0.00 | 0.00 |
| 252 | MARIA E ZACARIAS | 0.00 | 0.00 | 0.00 |
| 253 | JOSE CRUZ BARRAGAN | 0.00 | 0.00 | 0.00 |
| 254 | NOEL ZACARIAS | 0.00 | 0.00 | 0.00 |
| 255 | JAMES GRUDUS ESQ. | 537.59 | 0.00 | 0.00 |
| 256 | MIGUEL GARCIA | 0.00 | 0.00 | 0.00 |
| 257 | ERNESTO CARRERA | 0.00 | 0.00 | 0.00 |
| 258 | JESUS PIMENTEL | 20,000.00 | 0.00 | 0.00 |
| 262 | MARIA D. PEREZ | 0.00 | 0.00 | 0.00 |
| 263 | NORMA ROMAN | 0.00 | 0.00 | 0.00 |
| 264 | SONIA MARIN | 0.00 | 0.00 | 0.00 |
| 265 | PAULINA ROCHA | 0.00 | 0.00 | 0.00 |
| 266 | ROSA GALLEGOS | 0.00 | 0.00 | 0.00 |
| 267 | MANUELA SANCHEZ | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 268 | MARTHA RIVERA | 0.00 | 0.00 | 0.00 |
| 269 | MARTHA GUZMAN | 0.00 | 0.00 | 0.00 |
| 270 | BAKER & MCKENZIE LLP | 0.00 | 0.00 | 0.00 |
| 271A | PENNSYLVANIA DEPARTMENT OF REVENUE | 96.71 | 0.00 | 0.00 |
| 273 | JUVENAL ECHENERRIA | 0.00 | 0.00 | 0.00 |
| 275 | Mississippi State Tax Commission | 547.50 | 0.00 | 0.00 |
| 276 -2 | NEW YORK STATE DEPARTMENT OF | 250.00 | 0.00 | 0.00 |
| 277 | Ignacio Perez | 0.00 | 0.00 | 0.00 |
| 278 | Bravlio Matag | 0.00 | 0.00 | 0.00 |
| 279 | Mario Martinez | 0.00 | 0.00 | 0.00 |
| 280 | Manuel Arroyo, Jr. | 0.00 | 0.00 | 0.00 |
| 301 | LLP Wildman Harrold Allen & Dixon | 0.00 | 0.00 | 0.00 |
| 302B | PENNSYLVANIA DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 |
| 303C | PENNSYLVANIA DEPARTMENT OF REVENUE | 328.00 | 0.00 | 0.00 |
| 304 | AS AGENT BANK OF AMERICA N. A. | 0.00 | 0.00 | 0.00 |
| 401B | DEPARTMENT OF THE TREASURY | 553,388.29 | 0.00 | 0.00 |
| 402 | THE DISPLAY SHOP, INC | 0.00 | 0.00 | 0.00 |
| 403 | Greatamerica Leasing Corporation | 11,708.26 | 0.00 | 0.00 |
| 404 | FEDEX CUSTOMER INFORMATION SERVICE | 4,467.68 | 0.00 | 0.00 |
| 405 | LLP Wildman Harrold Allen & Dixon | 0.00 | 0.00 | 0.00 |
| 406 | AS AGENT BANK OF AMERICA N. A. | 0.00 | 0.00 | 0.00 |
| 407B | DEPARTMENT OF THE TREASURY | 24,209.50 | 0.00 | 0.00 |
| 408 | THE DISPLAY SHOP, INC | 0.00 | 0.00 | 0.00 |
| 409B | DEPARTMENT OF THE TREASURY-INTERNAL | 0.00 | 0.00 | 0.00 |
| RECLASSI | DALLAS COUNTY | 12,228.25 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:     $            0.00
Remaining balance:     $            0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $           0.00
Remaining balance:   $           0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 506,453.70 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 111A | STATE OF LOUISIANA | 250.00 | 0.00 | 0.00 |
| 179A | DEPARTMENT OF THE TREASURY | 506,203.70 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $           0.00
Remaining balance:   $           0.00

Prepared By:  /s/David R. Brown
                              Trustee

David R. Brown
300 S. County Farm Rd., Ste I
Wheaton, IL  60187
(630) 510-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**