IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| ENESCO GROUP, INC., *et al.*, | ) | CASE NO. 07 - 00565 |
| | ) | |
| DEBTOR. | ) | JUDGE GOLDGAR |
| | ) | HEARING DATE: 08/17/16 |
| | ) | 9:30 AM |

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 21, 2016, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

| **Email (ECF) Service:** | **Representing:** |
|---|---|
| Patrick S. Layng, Esq.<br>USTPRegion11.ES.ECF@usdoj.gov | United States Trustee |
| Brian L. Shaw, Esq.<br>bshaw100@shawgussis.com | Enesco Group, Inc. |
| George Panagakis, Esq.<br>gpanagak@skadden.com | Enesco Group, Inc. |
| Gregory J. Stull, Esq.<br>gregory.j.stull@irscounsel.treas.gov | Department of Treasury, IRS |
| Mindy D. Cohn, Esq.<br>mcohn@winston.com | EGI Acquisition, LLC |
| Jolene M. Wise, Esq.<br>wisej@sec.gov | Securities & Exchange Comm. |
| Norman B. Newman, Esq.<br>nnewman@muchshelist.com | Publications International, Ltd. |
| Douglas J. Lipke, Esq.<br>dlipke@vedderprice.com | Enesco Group, Inc. |
| Richard S. Lauter, Esq.<br>rlauter@freebornpeters.com | Victradco, Ltd. |
| John T. McEnroe, Esq.<br>jmcenroe@vedderprice.com | Special Counsel to Enesco |
| Lawrence V. Gelber, Esq.<br>Lawrence.gelber@srz.com | Tinicum |
| Raniero D'Aversa, Jr., Esq.<br>rdaversa@mayerbrown.com | Lasalle Bank, NA |
| Craig E. Reimer, Esq.<br>creimer@mayerbrownrowe.com | Lasalle Bank, NA |
| Patrick J. Trostle, Esq.<br>Patrick.trostle@bingham.com | Bank of America |
| Richard A. Chesley, Esq.<br>richardchesley@paulhastings.com | Bank of America |

| | |
|---|---|
| Howard L. Adelman, Esq.<br>hla@ag-ltd.com | Creditors' Committee |
| Charles J. Filardi, Jr., Esq.<br>charles@filardi-law.com | Fed Ex |
| Benjamin L. Schneider, Esq.<br>bschneid@quarles.com | United Parcel Service |
| Maureen Donahoe<br>mdonahoe@ccvrestructuring.com | CCV Restructuring, LLC |
| D. Alexander Darcy Esq.<br>adarcy@askborst.com | Ad Hoc Committee |
| Joel R. Nathan, Esq.<br>Joel.nathan@usdoj.gov | U.S. Attorney |
| Dan Dooley<br>ddooley@morris-andersen.com | Committee Financial Advisor |
| Fred R. Harbecke, Edq.<br>fredrharbecke@sbcglobal.net | Amcore Bank |
| Victor W. Newmark, Esq.<br>bankruptcy@evict.net | AmericasMart Real Estate |
| Christopher J. Lawhorn, Esq.<br>cjlawhorn@bryancave.com | Maritz, Inc. |
| Bennett S. Silverberg, Esq.<br>bsilverberg@epiqsystems.com | Epiq Systems, Inc. |
| Steven A. Ginther<br>ndilecf@mail.dor.state.mo.us | Missouri Dept. of Revenue |
| Gregg E. Szilagi, Esq.<br>gszilagy@lplegal.com | Victradco, Ltd. |
| Elizabeth Weller, Esq.<br>Dallas.bankruptcy@publicans.com | Dallas County |
| Gilbert B. Weisman, Esq.<br>notices@becket-lee.com | American Express TRS |
| Neil Herskowitz<br>notice@regencap.com | Riverside Claims LLC |

Secretaries Limited
Three Pacific Place
1 Queens Road East
Hong Kong, China
Via email info@tricor.com.hk

Malcom S. Graham
Largo Del Olgiata 15
Isola 77 Villino 9/4
Italy
via email LAMAGRAM77@yahoo.IT

Shanghai Autumn Light
Ou Yang Road
Shanghai, 200081
China
via email allen@autumn-light.com

| | | |
|---|---|---|
| Ohio Department of Taxation<br>Collection Enforcement<br>150 E Gay Street 21st Floor<br>Columbus, OH 43215 | DALLAS COUNTY<br>Linebarger Goggan Blair<br>2323 Bryan St., Ste. 1600<br>Dallas, TX 75201 | Corporate Express Office<br>Attn: Legal Department<br>One Environmental Way<br>Broomfield, CO 80021 |
| Business Wire, Inc.<br>44 Montgomery Street<br>39th Floor.<br>San Francisco, CA 94104 | Oklahoma Tax Commission<br>General Counsels Office<br>P.O. Box 53248<br>Oklahoma City, OK 73152-324 | Southern California Edison Co.<br>Attn: Credit & payment<br>300 N Lone Hill Ave.<br>San Dimas, CA 91773 |
| Los Angeles County Treasurer<br>Revenue And Enforcement<br>P.O. Box 54110<br>Los Angeles, CA 90051-011 | AT&T Corp<br>Lisa McLain<br>1355 W University Dr.<br>Mesa, AZ 85201 | Sterling Commerce, Inc<br>4600 Lakehurst ct<br>Dublin, OH 43016 |
| LINDA B. KELSO<br>1221 Wabash Ave.<br>Vincennes, IN 47591--323 | Roadway Express, Inc.<br>c/o Receivable Management<br>P.O. Box 5126<br>Timonium, MD 21094 | R.I. Division of taxation<br>One Capitol Hill<br>Providence, RI 02908 |
| Amcore Bank N.A.<br>c/o Fred r. Harbecke<br>29 S Lasalle St., Ste 945<br>Chicago, IL 60603 | Fedex Freight East<br>Delivery Code 2259<br>P.O. Box 840<br>Harrison, AR 72602-084 | SGS US testing Company, Inc.<br>201 Route 17 North 7th Floor<br>Rutherford, NJ 07070 |
| Greatamerica Leasing<br>P.O. box 609<br>Attn: Peggy Upton<br>Cedar Rapids, IA 52406 | Dallas County<br>Linebarger Goggan Blair &<br>2323 Bryan St., Ste 1600<br>Dallas, TX 75201 | Commonwealth of Massachusetts<br>Stephen Koblialka, Tax<br>Bankruptcy Unit P.O. Box 9564<br>Boston, MA 02114-956 |
| Robert Half Management<br>Attn Karen Lima – Recovery<br>5720 Stonebrodge dr Ste Three<br>Pleasanton, CA 94588 | Riverside Claims, LLC<br>Protective Svs<br>P.O. Box 626 Planetarium<br>New York, NY 11024 | O.C. Tanner Recognition<br>Lesia Harmon<br>1930 South State Street<br>Salt lake City, UT 84115 |
| Riverside Claims LLC as<br>For Universal Cleaning Service<br>P.O. Box 626 – Planetarium<br>New York, NY 10024 | Comed Co.<br>Attn. Bankruptcy<br>2100 Swift Dr.<br>Oak Brook, IL 60523 | Hartford Fire Insurance<br>Bankruptcy Unit T-1-55<br>Hartford Plaza<br>Hartford, CT 06115 |
| Avaya Inc.<br>c/o Rms Bankruptcy Recovery<br>P.O. Box 5126<br>Timonium, MD 21094 | Stanley R Jurkowski<br>85 beaver Rd.<br>Ware, Ma 01082-949 | State of Florida Department<br>Bankruptcy Section<br>P.O. Box 6668<br>Tallahassee, FL 32314-666 |
| American International Surplus<br>David A Levin Authorized<br>70 Pine St., 28th Floor<br>New York, NY 10270 | TENNESSEE DEPARTMENT OF<br>C/O Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202--020 | RICHARD W. THOMPSON<br>Doroty Thompson Trust<br>5130 Burr Oaks Rd.<br>Oklahoma City, OK 73105 |

SOMERSET LEASING CORP V
1087 Broad Street, Suite 301
Attn: Evan Bokor
Bridgeport, CT 06604

AT&T GLOBAL SERVICES
One AT&T Way, Room 3A218
Attn: Elizabeth Hightower
Bedminster, NJ 07921

Jr. Manuel Arroyo
2256 N. Kostner Aave
Chicago, IL 60639

Mario Martinez
2039 N. Avers
Chicago, IL 60647

UNITED PARCEL SERVICE, INC.
Attn: Benjamin L. Schneider Esq.
500 W. Madison Street, Ste. 3700
Chicago, IL 60661

UPS SUPPLY CHAIN SOLUTION,
Attn: Benjamin L. Schneider Esq.
500 W. Madison Street, Ste. 3700
Chicago, IL 60661

TOWN & COUNTRY UTILITIES
19W755 Pierce Road
Attn: Steven J. Gendusa,
Itasca, IL 60143

AT&T Inc.
Lownenstein Sandler PC
65 Livingston Ave.
Livingston, NJ 07068

DALLAS MARKET CTR OPERATING L.
2100 Stemmons Freeway
Attn: Mitzi Tally, Authorized
Dallas, TX 75207

L.L.C. BATES & ASSOCIATES
6800 w. 115TH St., Ste. 141
Overland Park, KS 66211--242

G. WILLIAM SEAWRIGHT
For Anne L. Seawrite
102 River Oak Ln.
Vero Beach, FL 32963

THOMAS J. HAAG
2154 Daniels Avenue
Akron, OH 44312

CAROL GECKLER
6210 Kenwood
Dallas, TX 75214

ALLIED WASTE SERVICES
5050 W. Lake St.
Melrose Park, IL 60160

CERIDIAN CORPORATION
Bankruptcy Processing
9150 South Hills Blvd. #100
Broadview Heights, OH 44147

OHIO BUREAU OF WORKERS COMP
30 w. Spring St.
P.O. Box 15567
Columbus, OH 43215-056

Ignacio Perez
2945 N. Troy
Chicago, IL 60618

CDW CORPORATION
C/O Receivable Management
P.O. Box 5126
Timonium, MD 21094

WORKER TRAINING FUND – INDIANA
Attn: Beverly Korobkin
10 North Senate Ave. #se106
Indianapolis, IN 46204—227

XEROX CORPORATION
Attn: Vanessa Adams
P.O. Box 660506
Dallas, TX 75266—993

GRANT THORNTON LLP
175 w. Jackson Blvd.
20th Fl.
Chicago, IL 60604

VERMONT DEPARTMENT OF TAXES
P.O. Box 429
Montpelier, VT 05601—042

G STUDIOS, LLC
4500 Campus Drive
Suite 200
Newport Beach, CA 92660

AMERICAN EXPRESS TRAVEL
Attorneys/agent for Creditor
P.O. Box 3001 – Attn: Kenneth W.
Malvern, PA 19355—070

XO COMMUNICATIONS INC.
Attn: Brad Lee
105 Molloy Street
Suite 300
Nashville, TN 37201

MINNESOTA DEPARTMENT OF
Revenue Tax Supervisor
P.O. Box 64447
Saint Paul, MN 55164—444

FLEETCOR TECHNOLOGIES
Fka BP Oil
555 Airtex Dr
Houston, TX 77073

KORN/FERRY INTERNATIONAL
Nw 5064
P.O. Box 1450
Minneapolis, MN 55485—506

MARITZ
1375 North Highway Drive
Fenton, MO 63099

| | | |
|---|---|---|
| The Sign Palace Inc.<br>68 N Lively Blvd<br>Elk Grove Village, IL 60007 | Village of Elk Grove<br>901 Wellington Ave.<br>Elk Grove Village, IL 60007 | Presentech, Inc.<br>645 11th Street NW<br>Atlanta, GA 30318-541 |
| Pallett Maxx<br>8150 W 111th Street<br>Palos Hills, IL 60465 | Schauls Signature Gourmet<br>520 Lively Boulevard<br>Elk Grove Village, IL 60007 | Packaging services, Inc.<br>A Supplyone Company<br>P.O. Box 126<br>Weyers Cave, VA 24486 |
| Melon Investor Services, LLC<br>Accounting Department<br>P.O. box 360857<br>Decatur, GA 30036 | Jerry Bock Enterprises<br>c/o Ricahrd M. Ticktin, Esq.<br>1345 Ave. of the Americas<br>New York, NY 10105 | Illinois Department of revenue<br>100 w Randolph St.<br>#7-400<br>Chicago, IL 60601 |
| Yellow Transportation Inc.<br>P.O. Box 5126<br>Phyllis A. Hayes, Agent for<br>Timonium, MD 21094 | Anderson Lock Company<br>850 E. Oakton Street<br>Attn.: Laura L. Miller<br>Des Plaines, IL 60018 | Department of Taxa State of<br>State Tax Collector, Lynne M.<br>P.O. Box 259<br>Honolulu, HI 96809 |
| Exequity, LLP<br>1880 W Winchester Rd.<br>Suite 204<br>Libertyville, IL 60048 | Justin J. Brawka<br>1501 N 34th Ave.<br>Melrose park, IL 60160-283 | Deep Rock water company<br>P.O. Box 173898<br>Attn: Sandy Danner<br>Denver, CO 80217-389 |
| Mohawk Electric Construction<br>5520 West Montrose Ave.<br>Attn: Geoffrey G. Thornley<br>Chicago, IL 60641 | Buckley Richardson & Gelinas<br>1500 Main street<br>P.O. Box 15507<br>Springfield, MA 01115-550 | Comed<br>Bankruptcy Section/Revenue<br>2100 Swift Dr., A. Tischina<br>Oakbrook, IL 60477 |
| Fedex Freight East<br>P.O. Box 840<br>M. Jeff Jones, Sr. Mgr.<br>Harrison, AR 72602-084 | Over UPS Frieght F/K/A Motor<br>Attn; Rebecca Richardson<br>P.O. Box 1216<br>Richmond, VA 23218-121 | Vision Int-001<br>8301 W 183rd Street<br>Att: Steven J. Smits<br>Tinley park, IL 60477 |
| Imprint Enterprises, Inc.<br>Suite 1212<br>Attn: Jouise Dewig-Op. Mge.<br>Chicago, IL 60575-121 | Carlsson & Company, Inc.<br>29710 Whitley Collins Dr.<br>Attn: Lisa Carlsson, Ceo<br>Rancho Palos Verdes, CA 90275 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812--295 |
| Irving kannett & Associates<br>6212 W. Oakton<br>Attn: Jeffrey A. kannett<br>Mortin Grove, IL 60053 | Miller Ace Industrial Center<br>621 E. Devon<br>Attn: Rosemary Hamilton<br>Elk Grove, IL 60007 | Aldus Digital Graphics<br>2416 James M Wood Blvd<br>Att: Faith Stallings<br>Los Angeles, CA 90006 |
| PENNSYLVANIA DEPT. OF REVENUE<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0406 | | Shaker Advertising<br>P.O. Box 3309<br>Attn: Anthony Shaker<br>Oak park, IL 60303 |

The Display Shop, Inc
1380 Rankin
Attn: President
Try, MI 48083

Balemaster
980 crown court
Attn: Controller
Crown Point, IN 46307

Sampson V. Rathell
c/o Matthew Murray Esq.
214 E. High St.
Charlottesville, VA 22902

Wade D. Simpson
Richmond & Fishbourne, LLP
Queen Charlotte Square – 214
Charlotte, VA 22902

The Market Source
30 Paces west Place
Attn: Michael Nilan, Ceo
Atlanta, GA 30327

Dept. of Taxation State of
State tax Collector, Lynne M.
P.O. Box 259
Honolulu, HI 96809

Schindler Elevator Corp.
1530 Timberwolf dr.
Nancy Bursa, Manager Accts
Holland, OH 43528

Commonwealth of Massachusetts
P.O. Box 9564
Anne Chan, Tax Examinere
Boston, MA 02114-956

Fedex Customer Information
Attn: Revenue
2005 Corporate Ave, 2nd Floor
Memphis, TN 38132

Accurate Document Destruction
2500 Landmeier rd.
Sabrina Heline, Staff Acct.
Elk Grove, IL 60007

West Virginia State Tax
P.O. Box 766
Attn: Chrissy Brown
Charleston, WV 25323-076

Fedex National LTL
P.O. Box 95001
Sttn: Leighton Wehr Manager
Lakeland, FL 33804-500

Southern California Edison Co.
300 N. Lone Hill Ave.
Cecilia Basea, Special
San Dimas, CA 91773

Fedex Freight
P.O. Box 840
M. Jefferson Jones Sr. Mgr.
Harrison, AR 72602-084

On Time
P.O. Box 871
Attn: paul M. Oswald
Elk Grove, IL 60007

Bravlio Matag
720 N. Willard
Chicago, IL 60662

Wisconsin Department of
2135 Rimrock Rd.
Madison, WI 53713

Ltd. American President Lines
Suite 400
Sivanesan Banaya, Sr cred
Engelwood, CO 80112

Remax International relocation
8390 E. Crescent parkway Suite
Attn: Gary l. Weil, Vp.
Greenwood Village, Co 80111

Allen & Dixon LLP Wildman
Jeffrey L. Gansberg
225 w wacker Dr
Chicago, IL 60606

Joseph Weil & Sons, Inc.
5772 collection center Dr.
Chicago, IL 60693

Micro Management Technologies
2400 Hassell Rd., Ste 390
Attn: David Schachner
Hoffman Estates, IL 60169

Martha Reeder
2020 canyon Rd.
Suite 200
Birmingham, AL 35216

Interior tropical Gardens
9617 Seemann Rd.
Union, IL 60180

Jim Shore designs, Inc.
Loeb & Loeb LLP
321 North Clark St., Suite 2300
Chicago, IL 60610

III John E. Kuk
11718 Kings Pond Dr.
Providence Forge, VA 23140

Baker & McKenzie LLP
Attn: Peter J. Engstrom Esq.
Two Embaracadero Center Ste
San Francisco, CA 94111

Iron Mountain Information Mgmt
R. Frederick Linfesty Esq.
745 Atlantic Ave., 10th
Boston, MA 02111

Orange County Treasuruer
Attn: Armando Azpeitia, Deputy
P.O. Box 1438
Santa Ana, CA 92702

| | | |
|---|---|---|
| City of Los Angeles<br>201 N main St., Room 101 City<br>Attn: Donata G. Torres, Tax<br>Los Angeles, CA 90012 | At&T Corp<br>Attn: Eddie Guzman<br>15100 Faa Blvd<br>Fort Worth, TX 76155 | State of Louisianna<br>Louisiana Dept of<br>P.O. Box 66658<br>Baton Rouge, LA 70896 |
| Illinois Dept of Employment<br>Attn.: Darryl d Johnson<br>33 S State st.<br>Chicago, IL 60603 | STATE OF NEW JERSEY<br>Compliance Activity<br>P.O. Box 245<br>Trenton, NJ 08646--019 | Intercall<br>c/o West Asset Management, Inc.<br>P.O. Box 105817<br>Atlanta, GA 30348 |
| Samuel Caminti, Inc.<br>299 west fullerton<br>Elmhurst, IL 60126 | Angel Nieves<br>2017c Pine St.<br>Des Plaines, IL 60018 | American Express Travel<br>Attorneys/agent for Creditots<br>P.O. Box 3001 Attn: Kenneth W<br>Malvern, PA 19355-070 |
| Widen Enterprises, Inc.<br>Attn: Michael J., Kiesler<br>P.O. Box 6068<br>Madison, WI 53716 | Americasmart Real Estate, LLC<br>Attn.: Victr w. Newmark, Esq<br>800 Kennesaw Ave Ste 400<br>Mariette, GA 30060-794 | Ofice of the Attorney General<br>Collection Division<br>P.O. Box 12548<br>Austin, TX 78711-254 |
| LLC L.A. Mart Properties<br>The Merchandise Mart Suit 470<br>Attn: Cheryl Longstreet<br>Chicago, IL 60654 | Merchandise Mart properties<br>The Merchandise Mart, Ste 470<br>Att: Cheryl Longstreet<br>Chicago, IL 60654 | Merchandise Mart Properites<br>The Merchandise Mart, Ste 470<br>Attn: Cheryl St., Ste 900<br>Chicago, IL 60654 |
| Premiere Global services<br>2300 Lakeview Pkwy Suite 300<br>Attn: Gabriel Weathers, Accts<br>Alpharetta, GA 30004 | Allan Keirstead<br>330 Starboard Lane<br>Osterville, MA 02655 | Mesirow Financial Consulting<br>Att: Kevin A. Krakora<br>321 n Clark St., Ste 900<br>Chicago, IL 60610 |
| The Harry Fox Agency<br>Attn:Ssean Parlakian<br>711 Third Ave 8th Floor<br>New York, Ny 10017 | As Agent Bank of America N.A.<br>C Christopher Smith Sr Vice<br>100 Federal St.<br>Boston, MA 02110-180 | The Ultimate Software Group<br>2000 Ulimate Way<br>Weston, FL 33326 |
| Cynthia Rolfe<br>729 Judson Ave<br>Evanston, IL 60202 | I Omni Commercial Lightning<br>617 Church St.<br>Attn; Christina l Chwala<br>Elgin, IL 60123 | Speakeasy-0001<br>P.O. Box 34654 Attn: Debie Batterson,<br>Credit<br>Seattle, WA 98124-193 |
| Deborah Lewis designs<br>1557 35th Ave.<br>Attn.: Jonathon lewis<br>San Francisco, CA 94122-311 | Tape Products<br>P.O. Box 42413<br>Cinncinnati, OH 45211 | LTD Publications<br>7373 N Cicero Ave<br>Attn: Matt Hamptoin, Credit<br>Lincolnwood, IL 601712 |
| The City of new York<br>345 Adams St 10thFloor<br>Attn: Yehuda Miller<br>Brooklyn, NY 11201 | Abigail Murohy<br>Rrl Box 30<br>Lyme, NH 03768 | Thomas J. Haag<br>2154 Daniels Ave.<br>Akron, OH 44312 |

| | | |
|---|---|---|
| LLP BDO SEIDMAN<br>Director, Receivables<br>4035 Premier Dr., Ste. 333<br>High Point, NC 27265 | STATE OF CONNECTICUT<br>Department of Revenue<br>25 Sigourney Street<br>Hartford, CT 06106 | ALLAN G. KEIRSTEAD<br>330 Starboard Lane<br>Osterville, MA 202655 |
| JOAQUIN HERNANDEZ<br>3420 W. Pershing Road<br>Chicago, IL 60632 | ELIVIER MARTINEZ<br>721 N. Throop St.<br>Chicago, IL 60622 | CLAUDIA ALMONTE<br>2836 N. Lotus<br>Chicago, IL 60641 |
| NYSE MARKET, INC.<br>Attn: Controller Dept.<br>20 Broad Street, 8th Fl.<br>New York, NY 10005 | MARIA E. ZACARIAS<br>5626 S. Whipple St.<br>Chicago, IL 60629--242 | JOSE CRUZ BARRAGAN<br>2705 n. Mulligan<br>Chicago, IL 60639 |
| NOEL ZACARIAS<br>5626 S. Whipple Street<br>Chicago, IL 60629 | JAMES GRUDUS ESQ.<br>AT&T Inc.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | MIGUEL GARCIA<br>1236 W. Huron St.<br>Chicago, IL 60622 |
| ERNESTO CARRERA<br>1822 W. 17th Street<br>Chicago, IL 60608 | JESUS PIMENTEL<br>2514 North Hamlin<br>Chicago, IL 60647 | BINGHAM MCCUTCHEN LLP<br>C/O Anna M. Boelitz, Esq.<br>One State Street<br>Hartford, CT 06103 |
| AS AGENT BANK OF AMERICA N.A.<br>C. Christopher Smith Sr. Vice<br>100 Federal Street<br>Boston, MA 02110--180 | CARMEN MILLAN<br>1245 S. Lombard Ave.<br>Cicero, IL 60804 | MARIA D. PEREZ<br>3130 Martin Ave.<br>Melrose Park, IL 60164 |
| NORMA ROMAN<br>2636 N. St. Louis<br>Chicago, IL 60647 | SONIA MARIN<br>909 W. Green St.<br>Bensenville, IL 60106 | PAULINA ROCHA<br>1636 N. 18th Ave.<br>Melrose Park, IL 60160 |
| ROSA GALLEGOS<br>429 Norton Ave.<br>Glendale Heights, IL 60139 | MANUELA SANCHEZ<br>512 Longview Drive<br>Antioch, IL 60002 | MARTHA RIVERA<br>81 E. Shubert Dr.<br>Glendale Heights, IL 60139 |
| MARTHA GUZMAN<br>477 Nasau Ave.<br>Bolingbrook, IL 60440 | BAKER & MCKENZIE LLP<br>Two Emvarcadero Center<br>Suite 1100<br>San Francisco, CA 94111—390 | AIDA I. COLON<br>2212 N. Kostner Ave.<br>Chicago, IL 60639 |
| FEDEX CUTOMER INFORMATION<br>Attn: Revenue<br>2005 Corporate Ave., 2nd Floor<br>Memphis, TX 38132 | VINCENT E. RHYNES<br>1514 W. Manchester Ave. #5<br>Los Angeles, CA 90047 | LLP Wildman Harrold Allen<br>225 W. Wacker Dr.<br>Suite 3000<br>Chicago, IL 60606 |

| | | |
|---|---|---|
| DEPARTMENT OF TR STATE OF<br>Revenue & Collections Division<br>P.O. Box 30754<br>Lansing, MI 48909 | MADAVOR MEDIA, LLC<br>P.O. Box 1144<br>Boston, MA 02117--114 | CONTINENTAL COURIER LTD.<br>Slot 302185<br>P.O. Box 66973<br>Chicago, IL 60666--097 |
| LUXOLOGY, LLC<br>1670 s. Amphlett Blvd.<br>Ste. 214<br>San Mateo, CA 94402 | BARBARA ALLEN<br>7096 Hodgson Rd.<br>Mentor, OH 44060 | STEPHANIE MALLOW<br>Tiffany S. Mallow<br>2122 W. Harper Ter<br>Peoria, IL 61604 |
| NEW YORK STATE DEPARTMENT OF<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205--030 | STATE OF NEW JERSEY<br>Compliance Activity<br>POB 245<br>Trenton, NJ 08695-0245 | JANET KRUMM<br>146 Westwood Drive<br>Park Forest, IL 60466 |
| LOUISIANA DEPARMENT<br>P.O. Box 66658<br>Baton Rouge, LA 70896--665 | STATE OF GEORGIA<br>P.O. Box 161108<br>Attn: Eunice Nicholson<br>Atlanta, GA 30321 | INTERNAL REVENUE SERVICE<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| JAMES H. STRAITIFF CUST.<br>For Jessi L. Straitiff<br>153 Lowell Rd.<br>Pepperell, MA 01463--171 | CECILIA R. NICHOLS<br>88 East St.<br>Southampton, MA 01073--934 | ESTHER PULIDO<br>2731 W. 23rd St.<br>Chicago, IL 60028 |
| MARIA T. MASCORRO<br>3742 N. Rutherford Ave.<br>Chicago, IL 60634--239 | JOSE CARABEZ<br>2731 W. 23rd Street<br>Chicago, IL 60608 | IRENE ORTIZ<br>4919 W. George<br>Chicago, IL 60641 |
| MARTHA E. ROMERO<br>1318 W. Hillside Dr.<br>Bensenville, IL 60106—140 | ROSALINA SANCHEZ<br>2101 S. 49th Ave.<br>Cicero, IL 60804 | JOSE CARABEZ<br>2731 W. 23rd Street<br>Chicago, IL 60608 |
| MILDAY CIBRIAN<br>3547 N. Narragansett<br>Chicago, IL 60634 | ISMAEL ORTIZ<br>4919 W. George<br>Chicago, IL 60641 | ALMA CASTELLON<br>3345 S. Prairie<br>First Floor<br>Brookfield, IL 60513 |
| JOAQUIN HERNANDEZ<br>3420 W. Pershing Road<br>Chicago, IL 60632—331 | JULIA CASTELLON<br>1819 S. 48th Ct.<br>Cicero, IL 60804—254 | AIDA R. SANTA DE CRUZ<br>Box 1351<br>Guaynabo, PR 00970—1351 |
| Gresham Licensing Ltd. 422<br>23 West bar<br>Banbury/Owon 0x16 9sa<br>United Kingdom | Novator Systems Ltd.<br>364 Richmond St. West Suite 300<br>Toronto, Ontario, Canada<br>MSV, 1x6 | Basil E. Elliott<br>1208 Old Post Dr<br>Oakville, Ontario, Canada<br>L6M 1A6 |

FEDEX KINKOS
P.O. Box 26282
Plano, TX 75026

NEW YORK STATE DEPARTMENT OF
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205--030

DEPARTMENT OF THE TREASUREY
Centralized Insolvency
P.O. Box 21126
Philadelphia, PA 19114

STATE OF NEW JERSEY
Comliance Activity
P.O. Box 245
Trenton, NJ 08646--019

STATE OF GEORGIA
P.O. Box 161108
Attn: Eunice Nicholson
Atlanta, GA 30321

WAREHOUSE HOLDINGS (546)
1522 W. Manchester Avenue
Los Angeles, CA 90047

OREGON DEPARTMENT OF REVENUE
955 Center St. Ne
Attn: Kimberly Lively,
Salem, OR 97301--255

U.S. Customs and Border
P.O. Box 68911
Attn: Robert Hamilton,
Indianapolis, IN 46268

PENNSYLVANIA DEPT OF REVENUE
P.O. Box 280946
Attn: James Foster, Acting
Harrisburg, PA 17128--094

DHL EXPRESS (USA), INC.
P.O. Box 670227
Attn: Edna Mackey, Ar Analyst
Houston, TX 77267--022

AMERICAN EXPRESS TRAVEL
Attorneys/Agent for Creditor
P.O. Box 3001
Malvern, PA 19355--070

STATE OF OREGON
Department of Revenue
Revenue Building, 955 Center
Salem, OR 97301--255

STATE OF IOWA
Attn: Bankruptcy Unit
P.O. Box 10471
Des Moines, IA 50306

AT&T GLOBAL SERVICES
AT&T Inc.
One AT&T Way, Room 3A218
Bedminster, NJ 07921

TENNESSEE DEPARTMENT OF
C/O Attorney General
P.O. Box 20207
Nashville, TN 37202--020

L.A. COUNTY TREASURER AND TAX
Attn: Dich Do
P.O. Box 54110
Los Angeles, CA 90051--011

STATE OF IOWA
Attn: Bankruptcy Unit
P.O. Box 10471
Des Moines, IA 50306

JKENTUCKY DEPARTMENT OF REVENUE
Attn: Leanne Warren
P.O. Box 5222
Frankfort, KY 40602

COMMONWEALTH OF MASSACHUSETTS
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114--956

GREATER WOODFIELD CVB
1375 E. Woodfield Road
Suite 120
S Chaumburg, IL 60173

CINTAS FIRST AIDE & SAFETY
1870 Brummel Ave.
Elk Grove, IL 60007

COCHRANE COMPRESSOR CO.
4533 W. North Ave.
Melrose Park, IL 60160

BATAVIA CONTAINER, INC.
P.O. Box 550
Batavia, IL 60510

STATE OF CALIFORNIA
Special Procedures
P.O. Box 2952
Sacramento, CA 95812--295

/s/ DAVID R. BROWN, TRUSTEE
David R. Brown, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000